AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

SEALED
UNSEALED 3/16/23 CJK

RECEIVED
JUL 15 2022
BY: [signature]

FILED
JUN -1 2023
U.S. DISTRICT COURT DISTRICT OF DELAWARE

FID.
11448531

| United States of America | ) | |
| v. | ) | |
| | ) Case No. | CR 22-66-UNA |
| | ) | |
| **KYLE STEVENS** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **KYLE STEVENS**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1343 - Wire Fraud (Counts 1-10)

18 U.S.C. 1957 - Money Laundering (Counts 11-18)

Date: 07/15/2022

[signature] ; Deputy Clerk
*Issuing officer's signature*

City and state:   WILMINGTON, DELAWARE        JOHN A. CERINO; Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 07/15/2022, and the person was arrested on *(date)* 05/26/2023
at *(city and state)* Wilmington, DE.

Date: 5/26/2023

[signature]
*Arresting officer's signature*

Katherine Martinez, SA FBI
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kyle Stevens
Known aliases:
Last known residence: Freiberg, Germany
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers: -0445
Place of birth: New Jersey
Date of birth: 1994
Social Security number: 2525
Height: 6'0"            Weight: 170
Sex: Male               Race: Black
Hair: Black             Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: