# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 1:22-65-RGA |
| KYLE STEVENS, | ) | Criminal Action No. 1:22-66-RGA |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM[1]

> I'm going to slaughter you.  I'm going to string you up.  I'm going to put you on hooks in the back of a freezer like a fucking cow. . . . I could go to that daycare you worked at and blast all the infants' heads like fucking watermelons.  I could go to your dad's office and give Staten Island its biggest fireworks show in forever.  I could bomb your lab, your class, your apartment, your faggot boyfriend's motorcycle, whatever you want.  I could wait until you have kids, have a nice happy family, then—shotgun to the face!  I could do it all.  I could eat your fucking kidneys like Jack the fucking Ripper, dance in  your entrails on the UD mall.  I can kill you when you're bowling and kill you at Homegrowns and kill you wherever the fuck you go. . . . I can jam a barrel down  your throat and see how well you can lie to me then.  . . . I'm going to come to you. . . . the police can't help you.  I'm going to come to you.  I'm going to kill everyone in the way.  And, when I bring the barrel up to your crying eyes, I'll ask you one last time, "Why'd you stop being my lab partner?"  And you can decide whether you want to live, since I already know I'm dead.

Ex. A (email from Kyle Stevens to Victim 1, September 15, 2021).[2]  It is one of dozens of threats Kyle Stevens sent to three women in a years-long tirade.

On the same day that Stevens threatened to slaughter Victim 1, he coolly submitted his ninth fraudulent loan application under the CARES Act, a program intended to provide financial relief to small businesses struggling due to the COVID-19 pandemic.  PSR ¶ 70.  Overall, he

---

[1]  The government includes Sealed Attachment A with this filing, as it does in all cases.
[2]  An excerpt from the same email appears at D.I. 47 (Final PSR ("PSR")) ¶ 34.

successfully diverted $1,520,164.14 intended for small businesses desperate for pandemic relief funds. PSR ¶ 74. But Stevens was not, in fact, operating small businesses. *Id*. ¶ 61. Instead, he was hiding behind a computer in Germany. *Id.*

And in that same German apartment, on his cellular telephone, Stevens hid child pornography. *Id*. ¶ 75. A video disguised under the title "Orange Juice Recipe" depicted a prepubescent female, totally naked, being digitally penetrated. *Id*. Another image showed sadomasochistic child pornography. *Id.* ¶ 76. In total, Stevens possessed 33 files containing child exploitation material. *Id.*

These three distinct types of criminality – two charged, one offered as relevant to the defendant's characteristics under 18 U.S.C. § 3553(a) – are remarkably disparate. But Kyle Stevens, in his own written diatribes, explained exactly why he does what he does. What seems chaotic to us is singular in focus to him. His worldview is built on the belief that he's being slighted, always, by everyone, and he is on a quest for retribution. And that quest manifested as three types of crime: He didn't have as much money as he wanted growing up, so he stole as much as he could as an adult. The women he met didn't love him, so he made sure they feared him. And because those same women wouldn't give him the sexual gratification he wanted, he turned to images of children.

His writings are filled with examples of perceived slights that he's built into obsessions worthy of vengeance. And a quest for retribution, unmoored to reality, is a danger to everyone. Given the broad danger he poses to the community at large, and the severity of the offenses of conviction, the government recommends a sentence of 87 months of imprisonment, at the top of the Guidelines range.

## I.    Stevens' History and Characteristics

Kyle Stevens' character, defined by an indiscriminate desire for vengeance, makes him a danger to everyone he meets.  By his own admission, Stevens' "episodes" of violent ideation could "arise from any stupid stimulus."

> The WaWa cashier could look at me funny, or delay handing me my change, or make small talk.  Maybe they say something to me, compliment my shirt or something, but say it in a tone that I take as condescending, just a little too cheerful. . . . Then, on the drive home, I'd be pounding my car's steering wheel and dash, screaming at my windshield in a half-hallucination fantasy argument. . . . It was little, forgettable attacks . . . that had me screaming at my windshield like an idiot. . . . I could scream at an imaginary cashier or old teacher or old coach or classmate or whoever, people I might not have seen in three or five or ten years, people who had probably forgotten me, but with whim I'd still have a bone to break.  My whole body would be shaking, and I'd scream at nothing, 'I swear to fucking God, I'll beat your ass!  You're dead!  If I ever see you again, dead!'

Ex. B[3] (essay written by Stevens, titled "I Did Not Build This Wall") at STEVENS-00004423-24.

Examples of perceived indiscretions abound in his writings.  A high school teacher disagreed with him about whether the human body was symmetrical.  *Id*. at STEVENS-00004423.  Years later, he found the teacher's wife's Facebook page and their home address online.  *Id*. at STEVENS-00004481-82.  He mused that, because the teacher did not hide his address better, he was "just asking for a killer like me to creep up behind him, while he's mowing his lawn or bringing in his dogs, and blast his brains out.  . . . Or maybe I should get the wife and kids and leave [the teacher] to . . . weep like a bitch about it."  *Id*. at STEVENS-00004481-82.

An attendant at his local gym turned away when he walked in the door, and he "began to obsess" about what would have caused this perceived slight.  Ex. C (essay written by Stevens, titled "I Hate Pretty Girls") at STEVENS-00000034-35.  He drafted "flow charts" with "30 bubbles

---

[3] "I Did Not Build This Wall" is a nearly 100-page essay.  Exhibit B contains the chapters with relevant language.

of quotes connected to each other" detailing their every interaction. *Id*. at STEVENS-00000035. His flow charts about the attendant led him to "remember[] every time a girl had ever slighted me in these weird, passive ways," and to declare, *"Damn all these girls." Id.* at STEVENS-00000039 (italics in original).

Kyle Stevens' enemies include anyone who has treated him a little too cheerfully or a little too coldly. Anyone, for any reason, can provoke his obsession and fury. But women are especially susceptible. Around women, he feels like "a carnivore, my eyes homing in on every young woman as if she were prey." *Id*. at STEVENS-00000046. And at night, he lies awake in bed, "fantasiz[ing]" about "violence, pinning down and punching these girls, raping them, seeing them bawl their eyes out or scream from underneath my body. Tears and snot like babies." *Id*. at STEVENS-00000047; PSR ¶ 56.

Stevens does more than fantasize about violence. He lashes out, volleying threats months or years after his last interaction with a woman, with varying levels of advanced planning. On November 19, 2020, Stevens wrote an electronic calendar reminder for December 10, 2020. Ex. D (calendar entry). The event description was "death threat??" *Id*. It is unclear who Stevens intended to threaten that day. He threatened many.

Victim 3, not the subject of charges in the indictment but discussed as relevant conduct, was one of Stevens' targets. Victim 3's unforgivable sin was that she stopped studying over meals with Stevens after class. Ex. C at STEVENS-00000043. He began texting her at "2 or 3 o'clock in the morning," using an "app to disguise my number, so she'd hopefully see them even if she'd blocked me." *Id*. at STEVENS-00000045. He hurled insults, calling her an asshole and a liar, and when she didn't respond, he "ramp[ed] up the heat." *Id*. at STEVENS-00000044. As he terrorized

her, he absolved himself by deciding Victim 3 was "imaginary now," nothing more than "a text message punching bag." *Id*.

Well over a year after he last saw Victim 3, in September 2021, while living in Germany, Stevens was still fixated on her. He found Victim 3's father on Facebook and sent him a message: "I knew your daughter and she lied to me. . . . I've already told her in messages before, but that's not good enough . . . I'm at least going to slap the snot out of her, if I ever see her again." PSR ¶ 51. A month later, he sent Victim 3 a Facebook message that read: "Fuck it. You were shady. You lied to me. What you need is a bullet in the head." PSR ¶ 52. Almost a year after that, in August 2022, he sent her yet another Facebook message, stating he "should have just beat the shit out of" her. PSR ¶ 53.

Stevens believes he has been wronged by women everywhere. He draws connections between himself and "incels," or "involuntary celibates" – men who "do not get the sort of sexual relationships they want." Ex. C at STEVENS-0000000049. While he denies relating to public incel statements about wanting to kill women, he follows that denial with an affirmation that he would have "killed for some pity, and I knew it. I knew I could hate more." *Id*.

He also draws a through-line between women's rejection and his possession of child pornography. He "fear[s he will] be an old pervert guy, chasing young girls to compensate for never having any romances as a teenager or 20-something." Ex. E (notes written by Stevens, with the heading "Stalker Notes") at STEVENS-00020263. Stevens identifies with:

> news stories of perverts, pedophiles, guys that started with regular porn then moved onto animals or children. Next thing you know, the FBI is breaking down their door (just like the police did mine), seizing ten hard drives of child pornography, then they're in jail for ever or, if they're released, have to wear ankle monitors (just like I had to) and can't be within 1000 feet of a school for the rest of their lives. Why wouldn't that be me. I'm already messed up in so many ways. I'm sure I could slip into that shit too.

*Id.* And he did. At the time of his arrest, law enforcement found 33 files containing child exploitation material on his devices, including one video and one image depicting sadomasochism.[4] PSR ¶¶ 75-76.

In addition to those images, law enforcement also found notes Stevens wrote to himself fantasizing about minors. He considered that he could "maybe try little girls . . . but it would probably be the same . . . they don't all wear cute panties." Ex. F[5] (notes written by Stevens saved on Google Keep) at STEVENS-00048796. He further mused:

> What's the hottest thing to me? Cute teen age girls? Imagine cute teens everywhere, talking to me? Imagine girls I knew seducing me to study. I'd be the best instructor ever if I could open an academy where I could spank the girls. Best tutor ever if it came with hugs and kisses.

*Id.* at STEVENS-00048795. The fantasy could have all too easily become real. Stevens joined a German tennis club, and within his phone he saved photos of a young girl in a tennis outfit – one of which was cropped to cut off her head and focus on her torso. Ex. G (tennis club membership application); Ex. H (photos of child). He justified any sexual interactions he might have with a

---

[4] The government extradited Stevens to face the two indictments before the Court, for stalking (1:22-CR-65) and fraud (1:22-CR-66). D.I. 9 (Affidavit in Support of Extradition) ¶ 5. At the time of his arrest, German authorities seized Stevens' electronic devices and provided them to the government pursuant to the United States-Germany Mutual Legal Assistance Treaty (MLAT). *Id.* ¶ 27. Thereafter, the government obtained a warrant to search those devices. 1:23-MJ-252. The child sexual abuse material was found during that search. PSR ¶¶ 75-76. Because Stevens has already been extradited, the Rule of Specialty precludes the government from bringing additional charges against Stevens for possession of child sexual abuse material without obtaining a waiver from the German government. *See* Dept. of Justice Manual 9-15.500; Treaty Between the United States of America and the Federal Republic of Germany Concerning Extradition, Ger.-U.S., art. 25, June 20, 1978, 1978 U.S.T. LEXIS 323, *as amended* Oct. 21, 1986, Apr. 18, 2006. In the interest of finality for all parties and victims, the government has elected not to pursue additional charges.

[5] Exhibit F includes relevant excerpts of a largely repetitive note, the full version of which is approximately 60 pages long.

minor: "Fun, like any addiction, can't be for itself . . . No wanting to fuck young girls just to fuck them, but to connect and support and help." Ex. F at STEVENS-00048799.

Stevens' own written tirades connect his sexual interest in children to his feelings of rejection from adult women. Everything he does, no matter how apparently disparate, connects back to his one guiding principle: if he had been treated better, he would not have committed these wrongs. But because he was treated poorly, he believes his every action is justified.

## II.    The Nature and Circumstances of Stevens' Offenses

Stevens' many diatribes explain who he is and why he does what he does. Those motives provide additional context for his crimes of conviction, and further underscore their seriousness. The nature and circumstances of the fraud and stalking offenses to which he pled guilty warrant a sentence at the top of the Guidelines range.

### A.  Fraud

Stevens' fraud scheme, like his other impulses, traces back to his perception that his life has been unfair: he feels that he has always been an outsider with fewer resources than those around him. In sixth grade, he was "jealous" of his classmates' family vacations, and felt like an "alien" among "privileged baby-kids." Ex. B at STEVENS-00004451. When he and his mother moved to a different school district, he felt "ostraciz[ed]" by "the annoyed tones and passive aggressive remarks" of his fellow students, who spoke of "riding horses and shooting rifles . . . on their grandparents' farms." *Id*. at STEVENS-00004463. In college, he saw himself as "a ghetto alien" when compared to his "rich" or "at least upper-middle class" dormmates. *Id*. at STEVENS-00004478. He perceived that these "kids with college funds" would "ostracize me indirectly, with jokes and tones of voices." *Id*. at STEVENS-00004479. As an adult, Stevens still compares himself with former classmates, researching their careers and salaries and feeling "resentment at my lost potential." *Id*. at STEVENS-00004509.

7

Stevens convinced himself that everyone around him had more money than him and looked down on him for it.  He began to fantasize about how he would get his revenge.  Regarding his college dormmates, he "fantasized about fighting, then about murder."  *Id.* at STEVENS-00004481.  He also fantasized about amassing more money than them, as a sort of financial revenge.  He expressed as much to Victim 3, telling her: "I'm so much better than you.  I might not have a family or support or friends like you do, but I'm so much better, smarter, more capable than you'll ever be.  I'll make more money than you."  Ex. I (screen capture of message to Victim 3).

Stevens came up with a plan to do just that.  When the pandemic began, he began applying for loans.  He fabricated business after business, amassing over $1.5 million in fraudulent loan proceeds for his own personal gain.  PSR ¶ 74.  At the same time, while living in Germany, he also received New Jersey unemployment benefits.  Ex. J (email confirming receipt of unemployment benefits as of January 30, 2021), Ex. K (email confirming Stevens was still receiving unemployment benefits as of September 4, 2021).

In a note to himself, Stevens wrote a list of "current priorities," which included lifting weights, getting a German phone number, and "more fraud . . . What's stopping me from fraud and taking out many 50k loans."  Ex. F at STEVENS-00048787.  He was unapologetic in his mission to commit as much fraud as possible, believing he would never be stopped, and that he was justified in taking it all.  As he said to Victim 3: "I'll make more money than you" – as much as he could, however he could, whatever the cost.  Ex. I.

**B.  Stalking**

As with Victim 3 and many others, ranging from high school teachers to gym attendants to cashiers, Stevens' stalking campaigns against Victims 1 and 2 began with perceived grievances.  Victim 1 was a former lab partner, Victim 2 was a fellow tennis player, and neither gave him the

attention he desired.  PSR ¶ 137.  These slights led Stevens to send them threatening messages throughout the 2018-2019 school year.  PSR ¶¶ 135 (Victim 1: "Guess what?  You're a cunt!"), 136 (Victim 2: "I hope you go to hell  you trashy, spoiled scumbag."  "Fucking baby dick cutting jew."  "Fucking dirty manipulative lying jew sack of trash.")  He pled guilty to one count of harassment, was sentenced to probation, and had his term of probation terminated early so he could move to Germany.  PSR ¶¶ 29, 137-39.

Time and distance did not quell his fury.  Over two years after Victims 1 and 2 rebuffed him, and half a world away, Stevens was still fixated on Victims 1 and 2.  On September 14, 2021, Stevens wrote a note to himself: "Vocal harassment bu[i]lds confidence, so steal, move to [h]er, harass, use confidence for bitches, also harass others/family etc."  Ex. F at STEVENS-00048797. That day, he threatened Victims 1 and 2, launching the stalking and threats campaigns to which he has now pled guilty.

Over the course of months, across numerous email accounts, phone numbers, and social media platforms, Stevens volleyed a hailstorm of threats across the Atlantic.  To Victim 1, he promised "payback" and insisted that he would never be able to "forgive" her for not being "honest" about why she chose not to remain his lab partner.  PSR ¶¶ 31-34, 41.  To Stevens, declining to be his lab partner was a capital offense, and he made sure Victim 1 knew it.  PSR ¶ 41 ("Don't you think it would have been so much easier to just tell me why you stopped being my lab partner?  . . . Now I'm going to kill you over it.").

He levied his threats across multiple platforms and at sporadic intervals.  The intent was clear: I can find you anywhere and anytime, so be afraid everywhere and always.  Over and over again, Victim 1 felt the buzz of her cell phone, opened her email, or checked her Facebook page and found a threat to put a "bullet in your head," to "kill you," or to "put you on hooks in the back

of a freezer like a fucking cow." PSR ¶¶ 34-41. He told Victim 1 she could tell "whoever you want," about his threats, but it would not stop him from killing her "whenever I want." PSR ¶¶ 34-35, 37. And he told others of his plans to kill her: Stevens found Victim 1's father on Facebook and sent him a message stating he couldn't "wait to bash your daughter's skull in." Ex. L (screen capture of message).

Victim 2's perceived dishonesty warranted the same punishment to Stevens. He called Victim 2 a "liar and a thief," stated he could never "forgive" her, and vowed "to get revenge one way or another." PSR ¶¶ 43-44. The revenge he wanted was clear: a "bullet . . . in your head;" a "gunshot" she "won't be able to block." PSR ¶¶ 46-47.

Victim 1 and Victim 2 have lived in fear for years. They are so afraid of Stevens that they cannot bring themselves to come to sentencing and face him. They are afraid that anything they might say in person or in writing would only gratify Stevens and embolden him to continue. The Victims' silence underscores what is clear from the threats themselves: this conduct is devastatingly serious.







### III.    The Need to Promote Respect for the Law

Among Stevens' many writings – including diatribes, fraudulent loan applications, death threats, and calendar reminders to send more – was a document entitled "Stalker Notes."  Ex. E. The first line reads: "Right after arrest, repentant."  *Id*. at STEVENS-00020260.  It goes on to list talking points he planned to use to manipulate the Court into believing he is remorseful and deserving of leniency:

> Can be productive instead of being a waste of tax dollars . . . depend on reputation to make a living . . .

> Maybe this won't have to end as a tragedy of me not doing anything productive with my life

> Was embarrassed with myself as I was sending those messages, thought I was just being irritating and I still didn't enjoy it but at least I could let steam off and get back to studying

> Appalled, disgusted, sick w myself that I made ppl afraid . . .

> Extreme hateful language was typical for me by where I grew up . . .

My feelings of confusion and vulnerability turned into anger. I thought that, by hurting other people's feelings and making them feel vulnerable, I could erase my own awful feelings about myself. Instead, I could only distract myself temporarily and needed to return to the same hateful language to more and more frequently. It became like an addiction. . . .

Just resentful

No surveillance, following, monitoring . . .

Stress of classes . . .

*Id*. He committed these crimes knowing he was terrorizing women, but believing he would be able to use pre-planned talking points to escape any real repercussions. After all, his early stalking campaigns against Victims 1 and 2 at the University of Delaware led to a sentence of probation which was terminated early so he could study abroad in Germany. PSR ¶¶ 134, 139. But he cannot do it twice. He cannot manipulate another Court into believing he is harmless, or reachable with the right guiding hand.



Whatever he may say before the Court, we know what he wrote when he thought he had no audience: ███████████████████████████ he views the Court as malleable and the law as beneath him.

IV.     **The Need to Protect the Community**

The threat Kyle Stevens poses to the community cannot be overstated. The fraud and threats to which he has pled guilty are egregious on their own and enough to support a sentence at the top of the Guidelines range. But they do not stand alone. They stand in the context of Stevens' violent obsession with everyone he perceives has ever wronged him. And they also stand in context with his stated intent to follow through in the future. Stevens chafed under the fact that he had not yet acted on his most violent impulses, and felt it inevitable that he would. In a note to himself, he wrote his "thoughts on violence:"

> Violence/rumination burns myself out, but I can't see a way to not rumination, except for actually being violent. I think the only actual solution would be to actually commit violence. At some point in the future, I must actually hurt these people, as many as possible, to build my own self esteem. It doesn't matter who. I have the money for bail, etc.   I just need to hurt people. . . . It is a coping mechanism for past pain and subjugation. It is being dominant in my own mind, to build confidence, I suppose. I just need to actualize it. I will, I absolutely will hurt these people.

Ex. F at STEVENS-00048799.

Stevens is consumed by his need for violence. It is deep-seated and enduring, as emphatically expressed in the immediate aftermath of a perceived slight as it is years later. There are no cooling off periods for Stevens. As he stated in his Stalker Notes, he will remain a threat whenever he is released:

> Maybe I'll kill em, 10 years from now, after the heat dies down, I'll off the bitches. Strut into their office at whatever of their daddy's law firms they're working at, pull out the gun and say "remember me?" see them scream like babies, scream like I scream, but like they never have before, before I fill them full of holes. Kill them, kill everybody, take you out with me, you drive me to insanity and act like you can get away with it. Oh no, not anymore.

Ex. E at STEVENS-00020266.

Stevens has repeatedly threatened to lie in wait and attack his victims far into the future – to "wait until you [Victim 1] have kids, have a nice happy family, then—shotgun to the face!" PSR ¶ 34.  The passage of time will not dissuade him.  In fact, he has built it into his plans.

A lengthy term of incarceration cannot guarantee the community's safety forever, but it is the path to protecting the community for as long as possible.  It is also the best hope of forcing Kyle Stevens to respect the law.  And it is necessary to account for his dangerous belief that he is a person perpetually wronged, who is justified in his every impulse toward retribution, and who will not be satisfied until he has acted on the most violent of those urges.

## V.    Conclusion

For the foregoing reasons, the government recommends a sentence of 87 months of incarceration, at the top of the Sentencing Guidelines range, as necessary to reflect the defendant's history and characteristics, the seriousness of the offenses, the need to promote respect for the law, and the need to protect the community.  18 U.S.C. § 3553(a).  ███████████████████

█████████████████████████████

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

BY:    *Carly A. Hudson*
Carly A. Hudson
Assistant United States Attorney