# Exhibit A

| | |
|---|---|
| Betreff | **I will kill you. I promise.** |
| Von | <comingfor____12345@posteo.net> |
| An | <▮▮▮▮▮▮▮▮▮▮> |
| Datum | 15.09.2021 21:21 |

Tell whoever the fuck you want to tell. The police. The FBI. The Coast Guard. The Girl Scouts. You name it. Tell the whole universe. I'm going to slaughter you. I'm going to string you up. I'm going to put you on hooks in the back of a freezer like a fucking cow. You want to put me in the news? Well now we're really going to be in the news. Washington Post, New York Times, UDaily, whatever you want. I used to be shy, reclusive, sensitive, really, really fragile, and all I ever needed was for people to be direct with me. That was all I ever needed from you. But now. Oh boy! I'm the total opposite now! I can't wait to slaughter you, and whoever else I can get along with it before I off myself too.

I could go to that daycare you worked at and blast all the infants' heads like fucking watermelons. I could go to your dad's office and give Staten Island its biggest fireworks show in forever. I could bomb your lab, your class, your apartment, your faggot boyfriend's motorcycle, whatever you want. I could wait until you have kids, have a nice happy family, then—shotgun to the face! I could do it all. I could eat your fucking kidneys like Jack the fucking Ripper, dance in your entrails on the UD mall. I can kill you when you're bowling and kill you at Homegrowns and kill you wherever the fuck you go.

You probably fucking like this shit anyway. Nothing but a little attention whore. Soak up all the attention and love and happiness and have nothing but an easy, relaxed life where you can party and be the cutest, sweetest, most passive-aggressive cunt you can be. You love these messages. You're like, "Please, threaten me more. Please, I want to see you. I want you to kill me. Please!"

All I wanted, all I ever fucking needed, to stop thinking about you, was just the simplest, easiest explanation. That was it. It could have been whatever:

Kyle, you made me uncomfortable.
Kyle, you asked me out a bunch, and even though you said you didn't want to date, I didn't believe you, and you creeped me out.
Kyle, you're a total fucking weirdo with your fucking glasses and fucking fat eyebrows and thick nose hair.
Kyle, I saw you on the first day of class and stared you down and went out of my way to be around you because I really did like you a little, but, after a while, for whatever reason, I just lost interest, and, for a cunt like me, that means I can't be around you for even more than a second longer.

But what did I get? Nothing and shadiness and lies. I can jam a barrel down your throat and see how well you can lie to me then. You probably like it that way anyway. Print this shit out and post it everywhere you want to. Give it to every cop from NY to DE. I don't care. Because I'm going to come to you. I know the police tell you not to respond to me, but the police can't help you. I'm going to come to you. I'm going to kill everyone in the way. And, when I bring the barrel up to your crying eyes, I'll ask you one last time, "Why'd you stop being my lab partner?" And you can decide whether you want to live, since I already know I'm dead.

Nighty-night cunt,
Kyle Stevens
Your stalker
Your murderer
Your once-victim and now a thousand times-revenge-getting monstrosity