Exhibit B

I Did Not Build This Wall
A Memoir
By James K. A. Stevens

STEVENS-00004421

Chapter 1: Burned Out



And these episodes arise from any stupid stimulus. The WaWa cashier could look at me funny, or delay handing me my change, or make small talk. Maybe they say something to me, compliment my shirt or something, but say it in a tone that I take as condescending, just a little too cheerful. What a nice shirt, I saw one just like it a few days ago on sale. Then I'd walk out the store, forming a conspiracy—What was that asshole's deal? Were they making fun of me? Why do they hate me?

Then, on the drive home, I'd be pounding my car's steering wheel and dash, screaming at my windshield in a half-hallucination fantasy argument.

My windshield could, for instance, assume the form of my old high school ████ teacher, ████ ████, a guy who made jokes about gay men to the entire class ("How do you fit three gay guys on a stool? Turn it upside down!") and talked about how "hot" some of the 16-year-old girls were. Don't get him started on what he'd thought about the actress Dakota Fanning when she was fifteen. Most important to me, though, were the times ████ thought I had lied to him about not skipping class, when I had a signed note from another teacher, and when he shouted at me, "You don't know what you're talking about!" when I asked him about the symmetry of the human body. He had said the human body was perfectly symmetrical.

"But isn't the heart more toward the left side? What about the liver, the lungs, the diaphragm?"

It was little, forgettable attacks like this that had me screaming at my windshield like an idiot. I'd visualize ████ or whoever, in front of me. I could scream at an imaginary cashier or old

teacher or old coach or classmate or whoever, people I might not have seen in three or five or ten years, people who had probably forgotten me, but with whom I'd still have a bone to break.

My whole body would be shaking, and I'd scream at nothing, "I swear to fucking God, I'll beat your ass! You're dead! If I ever see you again, dead!"

Then I'd swing into the driveway and sit, sinking in the car seat until my back angled parallel with the ground. I'd clutch my chest for maybe a half-hour until my heart soothed like a baby.

STEVENS-00004424

New school, new people, every year. Just avoid them to be safe, I thought. Avoid all people, make no connections, let them pass over you like ships over fish, and they won't hurt you.

Maybe there had been potential in me. I was extraordinary once, been skipped a grade against my will, scored in the 99th percentile of standardized tests like the SAT and ACT, and had been awarded full scholarships worth hundreds of thousands of dollars to ten universities. But that was back when I could focus, when I could remember things and study,

I failed to thrive in every one of the twisting social and cultural worlds in which I had grown up. I couldn't hang in the ghetto of my childhood, in and around Atlantic City, New Jersey, land of misguided tourists, belly-up casinos, and generations of heavy black and Latino poverty.
I grew up stretched by a constant tension that would weaken any child, witnessing robberies, hearing guns explode and bullets ricochet off things in the night, collecting stories from the grapevine about who had been shot and killed or who went to prison, stories of crackheads, skinny zombie people, burglarizing neighbors, and stories about how proudly everyone's parents beat them into unconsciousness,

As I got older, I never connected to the suburban, mostly white networks of the middle-class towns we moved to as my mother gained promotions                                    I was used to fighting, but now I had to defend myself against a subtler form of aggression, against the catty insults, the passive aggression by which these new, bratty kids told me I was either unwelcome or a spectacle, a weird, poor kid of a different, inferior culture, a silly way of speaking, a sour, never-smiling visage, used to gangsta rap music, Mobb Deep and Nas and Biggie, Timb boots and baggy everything, over rock or pop, Avril Lavigne or Blink-182, dyed hair and tight pants with lots of accessories, used to playing football over lacrosse and soccer.

In my academic world, where, from an age before I could remember, social workers seated me alone in rooms to test me, to demonstrate some kind of rare intelligence that had me put into as many advanced classes as possible, I was expected to be exceptional. But social                problems ground me like a mill. My attention, my energy, and my grades plummeted in the second half of high school. A cycle of embarrassment and withdrawal began. Classmates, teachers, and coaches bullied me, became my enemies through quick comments about how lazy

or stupid I must be, about how, because I'd become detached, unable to work as hard as everyone else, I should be ashamed. After a while, I was sure that everyone I knew thought I was some kind of idiot, underserving of being around all the other smart kids.

There was the world of the sports I exhausted myself playing, spending thousands of hours in football and tennis, convinced I could be good enough to play at higher and higher levels, maybe collegiately. But around my coaches and teammates, I felt constantly ashamed.

Stevens 7



this apathy turned into anger, into the Scab Picker. It turned from "I don't care about anyone, including myself," to "I hate all these people who mistreated

STEVENS-00004427

me, even a little bit." I built an obsession over lacking social support, and it had me screaming at my bed and bookshelf. ████████████████████████████████

I'm still angry at that, nobody having my back, and I'm embarrassed that I'm angry. That anger's a stereotype ████████████ Some nutjob breaks into an old lady's house, beats the old lady to death with a hammer. When they strap him into the electric chair, the executioner goes, "Before you die, do you wanna tell us why you did what you did?" And the nutjob screams back, "Because my mommy wasn't nice to me!"

But it's still serious. That anger comes from somewhere genuine. Feeling other people's apathy can drive anyone to hatred or murder ████████ No man is an island, but everyone can be cast away.

Hence this book. Before I do anything else in my life, I want to explore this feeling I had of abandonment, of feeling pushed away, on and off, throughout my upbringing, by my family, community, hometown, classmates, teachers, administrators, culture. I want to track my descent ████████████████████████████ I want to break down the Scab Picker and figure out where he comes from. And perhaps through this exploration, I can not only establish how I was hurt but exposit on how other people get hurt and maybe prevent it from happening to someone else dealing with the same shit.

Stevens 29

## Chapter 5: Black School, White School, Part 1

A job change, an income change, a house change, a town change, a life change. In the summer between fifth and sixth grade my mother finalized the purchase of her new house, and we moved in. It had four bedrooms, though we only needed two. There were three bathrooms and four stories, including basement and attic. The thing was half a palace, with new sinks and a garage and all that. My mother let me put my PlayStation in one of the other rooms, so I had two rooms to myself, a bedroom and a game room.

I remember my own smile when I first saw the house. We could have been the Jeffersons how we were moving on up. I thought, somehow, that us moving out of the ghetto would make us happy.

The first days in my new school were the same. I'd wake up and feel a pull, no desire or will, but something dragging me, into the shower, into my clothes, out to the bus stop, and into this new school, where I avoided speaking and looking at other kids as much as I could.

I never remembered the first day of sixth grade. The year, the school, the people went by like a wave, at once, crashing over me. There were white kids, more white kids than I'd ever seen, and they walked and spoke and dressed and existed in ways I'd never seen before. Their shoes are small and colorful, Vans, skateboard shoes, thin, floppy things instead of Timberland boots. The clothes were bright and tight with designs. Girls had hearts and rainbows on their shirts, things written in glitter, frills on their skirts. I'd never seen anything like this. There were Hollister shirts. That was a brand that would have gotten you called a faggot and jumped in Atlantic City. And there were the tightest jeans I'd ever seen. All I knew were loose, long jeans that would leave your underwear showing if your shirt wasn't also long. That's how it was supposed to be, right? How the hell could everyone wear t-shirts and jeans so tight? God forbid you dropped something and had to bend down to pick it up. Your pants would rip, right? Tight clothes were something to make fun of. Kids only wore tight clothes in Atlantic City if they were so poor their parents couldn't afford new outfits when they outgrew the old ones. Where I was from, if you could see your socks, even when sitting down, then your jeans were too short, and you'd get called a queer.

Everybody had colorful braces and chewed bubblegum, which was allegedly banned, but teachers never enforced it. Back in Atlantic City, most of us were too poor to get braces, and the kids that did get them just got bare metal ones. This was the first time I'd ever seen kids with the elastic bands of their brace brackets, on each tooth, colored, so when these kids opened their mouths the shone at me little shiny colors that looked like ruby- or emerald-looking candy-like squares on their teeth. It was an accessory that stood out more than any chunks of rapper jewelry I'd ever seen. Meanwhile, I never had even a single bit of jewelry, not a ring or even a particularly shiny belt buckle to show off.

There were things I'd have made fun of the year before, but now I was the strange one. The big sports weren't football and basketball. Instead, everyone played soccer and lacrosse and other silly things that didn't look tough.

We were inland, in the most rural part of the state. I'd read later that the population density was one-tenth that of Atlantic City, not to mention the poverty rate was four times less than in the city also. There were farms and kids who grew up on them. Horse riding was popular. A girl in class told everyone on her birthday, "My parents just bought me a new horse?"

A new horse? What a dumb way of speaking, I thought.

Then again, I thought everyone here spoke silly. The boys sounded like TV surfers and the girls sounded like Californian caricatures. I thought all these new kids' voices were a little higher, with more emotion, in a way I thought was like infants or the Teletubbies, when they rattled stupid words off like "dude" and "like" and "totally" and "literally" to each other all day long.

But, while I thought these new people sounded silly, I never considered how they might have perceived me. I assumed they understood me, my tone. But years later I contemplated that, while these kids sounded to me like perpetually happy infants, I might have sounded ruder, coarser than these other kids without intending to.

There was some kind of toughness, some kind of hardness that I expected from these other kids, and I was, in a way, offended at its absence. In the first few days of class, our main teacher, ██████, split us into groups for some kind of year-long challenge. We were allowed to choose our group names. My group picked "The Guppies," which I thought was silly and soft and girly. ██████ asked if I liked the name. I said no, and the whole class got quiet. If I wouldn't have gotten in trouble, I would have said, what a bunch of babies. I didn't explain, said nevermind, and that was it.

Babies, that's what they were. Giggly, silly babies. Teachers mostly seemed to ignore the gum-chewing. It was a cute thing for my badder classmates, how to sneakily unsheathe a stick of gum, or quickly stick gum under the desks while giggling, when the principal came around.

They way they got into fights was different, too. These kids insulted each other with the same bright voices they greeted each other with. Boys would call each other faggots through smiles, like they were talking to their parents. Girls giggled when they huddled up and talked about other

girls being slutty or ugly. The ghetto kids I'd known weren't like that. They were direct, honest in their emotions. Now I had to learn a new way of speaking, of body language and behavior, as if I were on another planet.

Most other kids and teachers were exuberant, like babies. Everyone smiled, and a few teachers greeted me every day. People, especially girls, stopped and hugged their friends in the hallways. In the hallways were posters with smiling people and motivational phrases, "You can do anything you put your heart into", and stuff like that. These posters all seemed to be made by the same company. Motivation, Inc, probably. Organized, processed emotions. I thought it was dirty.

When I got good grades on test, and the tests returned with compliments back in Pleasantville, the teacher might have written something like, "Good job!" at the top. Now the teachers wrote things like, "Wonderful!", "Fantastic!", "Beautiful!". These were sacred words to me, things I'd only applied to great works of art or people I loved, not a 95 on a math test.

This whole world annoyed me, the clothes, the sports, the talk, the giggling. These people, especially the children were too childish. These kids kidded too much.

I couldn't relate when everybody talked about family vacations. I'd never taken a vacation. In the summer before sixth grade, ███████ who I talked football with, had gone scuba diving in the Bahamas. ███████ who told everyone she could she was half Italian, spent a month in Italy, learning the language. Another kid had gone to France, another to Portugal. One girl had her last summer in Florida and already knew her next would be in Aruba. ███████ had gone to see family in the south of England. I was jealous, in a way I could never describe. I didn't want to see these places any more than my own neighborhood, but they had the ability to go. They grew a kind of joy that I only learned about anecdotally. Whole families taking summer vacations? What a life. It made me jealous in a way that made me want to cry.

I was not the only black kid in this school, and it struck me how the other black kids still weren't relatable, just like the white kids. At my bus stop was a black kid with silly tight pants and a hoodie that was all black except for a cartoon picture of what I thought was some kind of giant worm, maybe from a comic book or horror movie or something. I figured he was one of those emos or goths or whatever. He wore the same hoodie every day, and late in the year, I finally noticed there were letters around the worm cartoon. The letters read, "Slipknot," which I later learned was some death or goth or metal band. He went the whole year like this, and nobody beat his ass at the bus stop. He didn't know rap, obviously, and was probably unrelatable.

So I had moved one town over, and yet I was an alien on another planet. I had to learn a new culture and new class and new style of behavior. This new culture and way of speaking was not just obscured under this veil of geographic proximity, but also under one of it coming off as downright stupid. Did I have to learn how to behave, not just like other kids, but like these anxious, privileged baby-kids? Did I have to learn what different brand of skateboard there were? Where was I supposed to play paintball? Was that even legal? And who the hell was Avril Lavigne?

Really I didn't have to learn any of it. Before they were famous, The Jonas Brothers played a free concert for the school, in the auditorium. A hundred dollars says you couldn't find a middle school in Atlantic City or Pleasantville with an auditorium. They stopped all classes and required every student to attend. Afterward, The Jonas Brothers handed out tapes of their EP with their first single, called, "Mandy" on it. I didn't understand some of the lyrics, because they referenced another band, and I threw the tape away. Years later I thought it was silly how they got popular. Who listens to songs about girls and boys and love and all that anyway? Songs about it take away from it in real life. It was fairy tale stuff.

It was baby stuff. It was perpetually happy, joyful, smiling stuff. It was a warping of emotional norms that affected my entire adolescence, that I became constantly aware of, as if I knew some observer's secret, as if I were a psychologist, thinking, Look at how you behave. You can't understand it, because you've lived your entire life like this, but I see it, and boy, is it weird.

In the hallways people tossed smiles and waves at me like softballs, expected me to toss them back. Because everyone smiled, the spectrum of facial expressions, from smiles to neutral faces and frowns shifted in meaning and acceptance. Smiling was the new neutral. Anything less than exuberance was negative. You're supposed to smile, even if you're not happy or joyful. While a neutral expression, neutral words, a neutral tone was now rude, inconsiderate, or a sign of clear

emotional distress. In the future, girls would have "resting bitch face", and black boys would have, "resting gangster face", internet jokes about how people look angry with neutral expressions.

I felt very nervous once, when I noticed my teacher peering over my shoulder to see my work on a test. She leaned her face close to mine. I said, in what I thought was a completely normal tone, "I'm taking the test now" and instantly she frowned, and said, "Well!" I was afraid she'd start yelling, before she turned and walked away. But how else was I supposed to speak?

If you're in a murderous rage, I learned, you show it with a neutral face, like a mugshot. Maybe you roll your eyes. But a frown or furrowed eyebrows? Forget about it. What used to be an expression of displeasure was now completely unacceptable. Anything less than exuberance was negative. You should be full of smiles and laughs, even if it's not genuine. Anything else is rude. You should be ashamed if you frown.

One day, for whatever reason, I realized there had been one other boy in most of my classes who didn't smile all the time, who didn't seem as eager to talk to everyone else every day. He was a blond boy named ████████ who had moved from Norway two years before. His English was so good, I couldn't tell he was foreign until he said so. Years later, I wondered why he seemed so different. I had learned about stereotypes that Europeans often held against Americans. Americans were supposedly loud, and they liked to wear bright clothes. They talked to you too much. When you go to an American store, the cashier or manager is trained to go, "Hi! How are you? Is there anything I can help you with today?" They won't just let you shop in peace. People stop and ask you, "How are you?" But of course they don't really care. When Americans have a problem with you, they're less confrontational, more passive aggressive, especially young people. They'll say something sly in the same tone they'd use to tell you they love you. And, of course, they smile all the time.

I had imagined only businesspeople talked like this, but now it was everyone. Everyone was acting, hiding themselves in even the most casual settings. It was powerful. It was emotional leverage, but it was cold.

I hadn't been raised like that, and even into adulthood it would be deeply unsettling. You ask someone out, and, instead of saying no, they'll smile and say "I'll let you know." Of course, they won't let you know. You apply for a job. The interviewer will say, "I'll let you know." But if the management declines you, they'll never let you know. Whatever this culture is, it's founded on lies and fake politeness. Whoever these people are, white people (but of course it's not all white people), middle-class people (but of course it's not all middle-class people), Americans (but of course it's not all Americans), they grow up learning to lie, because they think it's polite. It would be some kind of twisted courtesy, I suppose, when I would go to college and ask my classmates whether they'd like to form study groups. And fifteen of them would emphatically say yes, agree with me on a time, but then stand me up at the library. They'd rather be untrustworthy and unreliable than impolite.

They lie with the tone of their voices too. And people are confused why there's an anxiety problem in young Americans. Nobody can understand each other. Everyone's anxious around each other, because everybody talks like politicians, so nobody can really talk. Everybody grew up to be a little public relations expert, talking around things. Nobody can communicate directly, spontaneously, with real emotion, without being undignified. Nobody knows when somebody else is having a problem. These people play games with words. Nobody knows what anybody else is really saying, no matter how earnest they sound.

These subtleties that took me years to figure out made me think this new way of speaking and behaving was even harder than learning an actually new language. If you were to transport me to Russia, for example, and tasked me with speaking Russian, I'd assume I'd have trouble communicating, obviously. In learning the language, I'd then be sure to mention, every chance I could, that I might make a mistake in using a phrase or some kind of slang. I'd apologize a lot, "I'm sorry, but I'm just learning Russian. Please let me know if I say anything silly, so can correct myself." But here, I only learned this new way of speaking through osmosis, trial and error, getting coldness and funny looks and rolled eyes when I talked in a way I thought was normal.

STEVENS-00004452

And maybe that contributed to my isolation. From sixth grade on, I never went over anyone else's house. No invitations to birthday parties. No pool parties nor slumber parties nor, as I got older, drinking parties. Everyone was now weird to me, and I was weird to them.

Even in playing, the emotional standards were different. Jokes, play arguments, sarcasm, play-fights, there was less of it. Another reason for me to think of everyone as babies. In math class, I got into a play-argument with the girl across from me, ████████ and I competed for the highest scores on almost every quiz. And we'd gloat, wave our quizzes on one another's faces, when one of us scored higher than the other. I thought it was funny, but perhaps she really meant to offend me.

Once, she had a hair scrunchy on her desk. I snagged it when she wasn't looking. I wound it back with my fingers as if I was going to fling it at her, as if it was a rubber band. For some reason, I thought she'd say something funny, dare me to fling it at her, maybe playfully punch me.

Instead, she was afraid, and said, "Don't hit me with that, please."

Even in begging I don't think anyone had ever said please to me. I was a little insulted at her sensitivity. What a delicate little girl. We weren't really fighting, right? A scrunchy flung at you wouldn't hurt like a rubber band. If she had been a black Pleasantville girl, I'm sure she'd have said, "Hit me with that, and see what happens." And if she seriously thought she was in danger, she'd say, "Whatever," and just take getting hit in the face. Because that's what every other kid I knew in Atlantic City did. Somebody acted like they were going to hurt you, you think, Ain't nothing I can do about that, so you let it happen. Nobody tells someone not to hit them, especially with a please. You'd definitely get hit then.

But I could see she was afraid, so I dropped the scrunchy. I remembered her wide-eyed, fearful expression, and for years I wished I could have apologized.

Down the block from our new house, maybe two or three miles, was a CVS. I could walk there easily, through a forested bike path that cut through part of the county. One day, I overheard from other boys in the neighborhood one of the most astounding things a kid like me could hear. Three of the boys were talking seriously about whether they could go to CVS.

"I bet your parents wouldn't even let you ride your bike to CVS."

"Well, not after sundown. They'd flip."

"You're probably too scared to even go there. Probably serial killers on that path."

"It is really dark."

"Somebody might attack us and steal our bikes."

"What if we all go together?"

All these boys were older than I was, and they played sports. But they looked like babies to me now. Scared to bike down the road for a mile? Or their parents forbid it? What is this, kindergarten? Where I was from, you could go to Mexico and back, and your parents wouldn't care, as long as you got home on time. Half the time, your parents didn't care about that either.

This was one of the silliest things I'd ever heard. These boys, all older, downright terrified of going alone along a marked path for what's probably less than a 10-minute bike ride. I could walk down that path in the middle of the night, unafraid. And later that year I would walk the entire length of it before the sun rose. It led to a park at one end, and my middle school at the other.

The closest thing I ever got to a fight was with another black kid named ████ who was supposed to be the cool kid in the class, I guess. One day I was in a big line of ten kids or so at the water fountain. ████ was standing next to the water fountain, saying something to each kid as they got a drink. When I got close to the front of the water fountain, I noticed he was interrupting each kid. A kid'd go up to the water fountain, then ████ would step in front of them, get a drink, then turn to them and say, "You have no self-respect." It was some kind of test, I figured, and I wasn't interested in being annoyed. I just wanted a drink. I got to the fountain, then ████ got in front of me. I said, "You're an asshole." Then he turned to me, mouth open, as if he'd seen a ghost, as if he were a kid in a TV show who'd been told to open his mouth to show surprise at me. I thought he was winding himself up to punch me. But he didn't. He turned away, silent, and walked away quickly as if he was going to break into a run. I got my drink and left.

STEVENS-00004453

Stevens 34

A full week went by. ▮▮▮ came up to me, standing in the hallway, with ▮▮▮ who asked me, "Did you call ▮▮▮ an A-hole?" What kind of punk snitch was this kid? If I had called a teacher to save me form someone who had sworn at me, I'd get the shit beat out of me, surely. But here it was fine? Just a completely normal thing, for this kid, who's supposed to be the coolest kid in town, to get a teacher a week later, as if I had haunted him night and day by calling him an asshole?

I said, "Yes, but he said I had no self-respect."

Then ▮▮▮ looked down at ▮▮▮ and said, "Oh really?" and told him something in a low voice. And they turned and went away.

Seventh grade came, and there was a redistricting. Same house, but, yet again, a different school with different kids. Puberty came, hormones, anger, bullies. It's not major; I'm not getting stabbed like kids in Atlantic City, but it wears me down. ▮▮▮ in my Spanish class, kicks on my chair from behind me every day. ▮▮▮ grabs me by the hoodie, and ▮▮▮ shoved me by the lockers. It's the crippling resolution I come to where I figure I can take them all. They're all smaller than me, but the principal had made it known in a big speech that, if two kids are fighting, both the aggressor and the defender would get punished. Something in the back of my mind told me they would have loved to send a kid like me to alternative school, let some security guard tackle me, haul me away, then they'd laugh at me, so I go out of my way to just let these kids annoy me, only taking solace in my assumptions that they probably have terrible home lives.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I never got in any fights, never threw a punch, never went to the principal's office, but someone recommended me for an anger management program. Once a week the secretary of the school would call me down over the intercom, and I'd go down to a big room with a nice lady and other kids who also seemed non-fighterly. In these courses, the woman talked about understanding our feelings and imagining, if we got into an argument with someone, what we'd feel in their shoes, sympathizing and all that. I felt as if I were observing a class that I never took, because that didn't apply to me, as far as I could tell. I never even yelled at anyone.

Perhaps it had been ▮▮▮ who put me in that class, and her record of me might have followed me from school to school. Perhaps she thought I was rude or angry all the time. When she would ask me how I was or how my weekend went, I'd say, with a straight face and no smile, "Fine," or "Alright." I felt uncomfortable. Why should a teacher ask me about my weekend? I thought it was weird and babyish when other kids just smiled and volunteered information.

"How was your weekend?" ▮▮▮ would say to someone.

"Just great. I went to the movies and then the arcade, and my big sister won me a great prize!"

"That's sounds wonderful. And you, James?"

"Fine."

▮▮▮ thinking I was rude would also be congruent with me thinking everyone else acted like babies. To me everyone else acted cute, like they wanted attention. So I probably came off as rude, when I was reserved.

But I didn't figure this out at age 11, and I don't think anybody else figured it out either, even ▮▮▮ so I, playing it safe, stayed away from everyone, withdrew, and became afraid.

## Chapter 7: Black School, White School, Part 2



So we moved again. Another town, another school, another, another, another. Another move is another little trauma, another bit of emotional damage. There are psychologists specializing in childhood trauma who rank moving, especially in the puberty years, as emotional damaging to children as family deaths. It's just another form of loss. Moving, in the sense of packing up and leaving your social group, your friends, your community, didn't happen often for most of human history. When it did, it was always dangerous. It was when your tribe saw you as worthless or weighing everybody else down and cast you away. In exile, in the forest or jungle or desert or wherever, without other people, you'd surely die. There's human instinct to make moving unpleasant, and when a child moves two or three or four times, especially in puberty years, that instinctive dread is amplified. Then you're in subconscious fear, because everywhere you go you're new, you're weird. People are already suspicious of you.

Moving so much did something to me, where people from different places just sort of blended together and became things to observe, people in passing, as if I were on a safari most days, knowing that I wouldn't know these people after a while.

There were kids that reminded me of other kids. ▆▆▆ from Pleasantville, who I played video games with, and who was fat, bald, and had liquid, quicksand-colored skin had a version of himself in Egg Harbor named ▆▆. My first crush ▆▆ had other girls that looked like her, ▆▆ and ▆▆ Then there was ▆▆ who I thought was ▆▆ when I first saw her, and ▆▆ who looked like ▆▆ from Pleasantville, who looked like ▆▆ would have a little Mexican girl look like her later. I forget that girl's name. Then ▆▆ would look like her, and ▆▆ would look like ▆.

There were lines in my mind of how people looked like each other, since there was little else to compare them. I never got to know any of my classmates' families or go to any of their birthday parties. Moving is a detaching, mildly traumatic thing for children, I think, that nobody talks about, because everybody moves. For work, family, and God help you if you're in the Army, but I think moving is something that separates a person from not just a community, but an identity. It can just about kill you as a child.

Or if you're not dead, you're split. There's old-neighborhood you, who you didn't have to think about as a separate person. It was all you. But now there's new-neighborhood you, a new person you have to make, to think about consciously, new words, new friends, new interests, new streets and shops and houses. And if you move and move and move, you become more people, you get

Stevens 40

fractured, until you're an adult, grown from two or five or ten different children, different neighborhoods, pasted together, stitched from a million different cloths, while other people have always been whole.

By the time the I'd get to high school, I'd have hundreds or thousands of people I knew by name that I'd never see again, and a constant flood of new, temporary people around me. People come and go so fast that they became blurs, cars on a highway to a hitchhiker. By seventh grade, I was already used to it. Indeed, these new people, new schools, new towns were not new, because everyone just reminded me of someone else. Everything reminded me of other things.

I was back in a black school, but I'm a halfie who'd gotten used to the way middle-class white people talked, so I got called "white boy" by some kids on the first day of school who already didn't like me. I wanted to say, I'm undereducated, ▮▮▮▮▮▮▮▮▮▮ and mad as hell. What more is there to being black? But, I wasn't surprised, and I was ready not to fit in.

After a year and a half away from the ghetto, to quote the black philosopher Christopher Wallace, "Things done changed." The rap music and R&B of old is gone. Now kids bring CD players to class playing crunk music, where every Lil Jon song has tinny snares that sound like someone beating a lawn chair. I thought the new hot music, guys like Mike Jones and Chris Brown, guys with brick walls of gold teeth, wearing twenty pounds of jewelry, and driving cars painted to shine like candy apples, were stupid. The old TV shows are gone, no more cartoons. BET is getting more popular and so is Madea, which is silly to me. Some kids still play Yu-Gi-Oh, but I decide it's not for me and have a good time throwing my cards into the air in gym class and seeing kids throw fists over them.

Speaking of fighting, it's everywhere again. The conflict that had run the white schools was mostly verbal, the teasing emotional and social, but here it was all physical. There's some brutal, hard relief in watching kids settle their problems, get their anger out through hallway boxing matches, instead of holding it in to ferment. But there was also fear, fear of crazy psycho kids that didn't mind getting arrested if it meant they could cut your face. The bathrooms were unpoliced, and once, a girl snuck a switchblade into the school, stalked another girl into the bathroom, and ambushed her. I gathered in the crowd outside the bathroom, and when the teachers heard screaming, ran to it, and opened the door, I caught a sight of a fat slick of blood that looked like someone had shot a tomato.

███████████████████████████████████████████████████████████████████████████████████████

We had metal detectors outside every door, but only the detectors at a single entrance at the back of the school were in working order when I arrived, so when I came in everyone had to go to these single set of doors at the back of the school in order to get into the school. Its operation was just a myth, though. I never heard it go off, and angry kids that wanted to slice one another's faces freely carried knives in the hallways. It took maybe half an hour every day just to cram all the kids into the school through this one entrance.

To let of steam, to play, we slap-boxed, and I got pretty decent. I was fast, afraid of getting slapped mostly, so I ducked and bobbed my way around the hands of my new "friends". I never lost a slap boxing match in the 15 or so I got into.

A future Floyd Mayweather, Jr., but I wasn't about to step into the real fights. Strange, big, low-talking boys walked up to me three or four times in the lunchroom, called me names I didn't recognize, and asked me whether I wanted to get my ass beat. The boys next to me always had to vouch.

Wait, nigga. This ain't him. This's James. He new.

I probably would have been asked more often to volunteer myself as a speed bag, if I'd been in the lunchroom more often. But I from the beginning I had to sneak in, and I was often caught.

Because I came late in the school year, there was no photo ID for me. Some secretary tried to make my mother pay five dollars for one, when everyone else had received a free one at the beginning of the year. Of course my mother wasn't having it. So the teachers, when they lazily checked IDs, which was not often, would single me out and put me into this room, maybe 100

Stevens 41

square feet, with all the other kids who didn't have IDs, and we'd be completely unsupervised, and of course there'd be fights.

There'd be fights for fun. It was like a cartoon, a big ball of dust with limbs flying around everywhere. I tried to avoid them, but a few times, random, ghost fists caught me in the face, once breaking my glasses. And there'd be fights that evolved into serious things, light joke punches that turned into full-speed fists. Kids on the floor, crying, the whole nine.

The lunchroom wasn't much better. There were food fights, more like food battles, once every week or so. They'd always start the same way, some scream or a "Fuck you!" from some distant, invisible part of the cafeteria, then a quick eruption. The kids who didn't want to join in, like me, learned to evacuate at the first couple shouts like a fire drill. Milk cartons, bottles, messy foods flew. Apples hurt, but things like mashed potatoes would coat you where it hit you. That messier stuff, you'd have to wallow in it until you got home to wash.

But then we'd still go back to lunch. On the last day of school we had three cafeteria clearing food fights in one period. I got nailed with a milk carton in the leg. A patch of dry milk was stuck to me for the rest of the day, as if it were blood after a shootout, as if to mark the world's most embarrassing gunshot.

Every day in Pleasantville's middle school I thought I might see a fight or a stabbing. It was exhilarating, like a movie, until I was involved. Not slap-boxing, but real, knuckles-to-your-nosebone fighting with some psychopath that wants to kill you because you look silly to him. Then I wanted nothing more than to teleport back to my bedroom and play video games.

And yet, I envied these psycho kids, kids like ▮▮▮▮▮ who nobody messed with, who could defend themselves, solo like the Lone Ranger. At home, I fantasized about getting into real fights. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I'd shadowbox in my room at night, listening to Mobb Deep and DMX, letting the music rev me up. I'd bob my head in my room alone, feeling a kind of power, sureness, intensity that, for once, replaced all my dulled and sour emotions. And in the mornings, I'd wake up with a quick temper, thinking, Let anybody come at me today, and we can square up, no problem.

Yet, as much as I'd like to think I was always on the verge of fighting, of defending myself from dangerous students or of telling off a mean teacher, I was a coward. I became a pushover, too afraid to defend myself and knowing nobody had my back if I did. Some wild kids wouldn't speak to you before they hit you. They'd just run up on you and punch you in the face. And I'd let myself get punched in the face. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I let boys trip me, grab me by my ankles, spin me around and jettison me into walls and lockers. I became sensitive to anybody around me, any kids I didn't already know. The slightest bump in the hallway, rude word, or mean gaze was a threat. And now every day was dangerous. I became my own perpetually nervous watchman.

STEVENS-00004461

There were three girls who liked me, but I couldn't tell right away. ████████████ ████ would sidle up to me in the hallways or gym class, whenever there was free time, and talk to me.

"Where are you from?"

"What school did you go to before this?"

"Wow, you must have gotten good grades!"

"Boy, you're really smart."

"And cute too."

And I'd just say, "Thanks."

I became someone who couldn't take a compliment. Whenever anyone told me I looked nice today, I looked away and muttered a quick, "Thanks," while thinking, What do you want from me?

For years afterward, when girls came close, I fought them off with a conversational judo, turning anything flirtatious against them, but without being outright insulting. Behave like an idiot, a douchebag, and they'll leave you alone, thinking they dodged a bullet. Once, a wonderful girl told me outright, "I love you."

I responded, "Of course, you do. Everybody loves me." She scoffed and walked away. Crisis averted.

Stevens 43

██████████████████████████████████████

The summer came. Another move. This town's called Hamilton. Mostly white, mostly middle class. Kids would tell me stories about riding horses and shooting rifles at watermelons on their grandparents' farms. What a world.

It's back to a white school, and I thought I was ready for it. Bring on the tight pants and wack boybands. Bring on the boys who give you snide looks, like you're dirt, in between talking like television frat boys about their skateboard tricks. Bring on the girls who only ever giggle in ways that make you feel left out.

But I wasn't ready. I wasn't ready again for the ostracization, the annoyed tones and passive aggressive remarks from kids I wanted to punch in the face. I got out of the battlefield of the ghetto, but now I needed to fight a cold war, weighing and measuring individual words.

This or that boy or girl says something, looks at me in a certain way, maybe a grimace. What do they mean? Do they like me or hate me? You can't just ask them. You can't just confront. You'll look insane.

My English teacher's name was ████████ She misunderstood my tone, and, because of it, was the only teacher to ever kick me out of class. She was talking to someone on the other side of the classroom, when they brought up The Communist Manifesto. She knew I liked to read.

From all the way across the room, surprising me, she shouted, "James, have you ever read The Communist Manifesto."

"No?"

Then she bared her teeth at me, pointed to the door, and yelled, "Get out!"

Outside, she bent over me and stuck her finger in my face. She berated me.

"You are so disrespectful!"

"What?"

"You know what you did!"

"I just answered your question."

"Don't play stupid. I know your tone."

"What tone?"

"You know what I mean."

"No, I don't."

She called me disrespectful a few more times, and I thought about our vice-principal, Mr. ████████ who'd been a drill sergeant. Did he teach her to get in kids' faces like this? I'd never been so confused. I told what I meant, that I'd meant no disrespect. And she's calling me a liar. As if I had any reason to lie.

No, you're a liar. It was in your tone.

That was the cold war, one of many seeds of future anxiety. After this, I'd always wonder whether these white, middle-class people like ████████ could understand me. I reflexively started to smile more often, to lighten the tone of my voice. And when I realized it, I hated myself for it. How cute do I have to look just to survive?

I learned not to defend myself against anything verbal. That's what only the bad kids did. They reacted when people attacked them. I learned to be passive. I just took it, when, weeks later in ████████ class, a bunch of boys called me gay and said I must be a big fan of Michael Jackson, as this was when Jackson was going through his sex abuse scandal. Plus he was also black. ████████ hearing the entire thing, also joined in.

Between wry grins, she said, "Huh, James? You like Michael Jackson, huh?"

Maybe she didn't mean it maliciously, but I was now too afraid to ask, to confront, to try to understand. That's what the bad kids did.

I was fighting a cold war now.

The first time it affected my schoolwork was also in ████████ class. There was an assignment to write what we wanted in a future wife or husband. ████████ said she'd read about this assignment in an article, and thought it'd be great for us emerging adolescents. But, besides ███ I'd had no interest in girls. I never fantasized about future girlfriends or wives. So, I wanted to write something along the lines of: "I don't care. I don't have a type. If I'm interested

Stevens 44

in a girl, I won't see whether she measures up to any standards. There are no dating standards that matter to me."

But would an answer of "I don't care" go over with ███████████? Probably not. So I lied. I tried to give her some detailed answer that I thought she might like. Something about loyalty and affection.

I read what I wrote, and she said, "What do you want to marry, James, a dog?"

The entire class laughed, and I just smiled and took it.

Then, after everyone had read what they'd written, she said that the "right" answer, the healthy answer, according to the article, was what I'd thought in the beginning.

"You probably shouldn't care about standards. You shouldn't care. Just like who you like, y'know?"

Yeah, ███████, I know.

Now I was rolled over, domesticated, with forces I couldn't see pressing my face into a smile and sapping any bass from my scratchy voice.

I let three girls bully me, no fighting back ███████████████████████████ Here, girls named ███████████████████ would sneak up behind me in class and put their hands on my head, petting me. Then they'd talk about my hair.

"You feel like a sheep!"

Then they ramped it up to spraying me with cologne and hair products, right in the middle of class. I'd be in the middle of quiz and get assaulted with a gas cloud of peaches or flowers or whatever fragrance they sprayed. Only once, when I went blind for and minute and choked, did a teacher say something.

"Alright, guys, come on. What if he's allergic?"

Half the class would laugh, and I'd just smile and go along with it. Oh, you guys are so silly. Then I'd go home and burn with hate, become a silent flame in my room for hours at a time. These kids hurt me, and I just had to take it.

## Chapter 10: Moving Again

Sometimes, though, I could still show up. If I needed to eke out three or four hours for a standardized test, I could, despite being unable to survive for an entire school day. When the PSAT came around in my junior year, I scored high enough to qualify as a National Merit Scholar, which brings automatic offers of scholarships from big universities. Full rides, here I come. I followed that up with 99th percentile SAT scores, a cool 2280 out of 2400. ████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Thank God for the PSAT. I Googled a list of schools that gave scholarships for National Merit Scholars. There was Florida State, Alabama, UCLA, Tulane. Maybe this is what football recruits feel like, going through offer letters from college coaches across the country.

One school, the University of Arizona, stood out. Their scholarship covered tuition, room and board, textbooks, and some more. Plus, I'd get a stipend to study abroad and a free iPad. I accepted the scholarship without ever visiting the university.

I had never been to a desert. When I got to Tucson, I thought it was almost ridiculous how dusty and sandy everything was. There was so little green. Parks were oases. People damn-near had rocks for front lawns. When I got off the plane, I called my mother and told her I saw a cactus.

"Don't touch it, else it might bite you."

My luggage had been lost. I missed the first half of the day of the freshman introductory programs, where a guide was supposed to shepherd a big group of us around a campus tour. I did get enough of it in to memorize the fight song and hear one of our guides talk about how she groped the ass of ████████ who had been the kicker on the football team.

I'd been accepted into the University's Honors College, whose students got certain perks like access to smaller classes and cheaper printing in the Honors College building. My dorm was an Honors-only dorm, and my roommate was also a National Merit Scholar. ██████████████████████████

I could not imagine what ██████ childhood was like. He was from a big ████████ family with an ███████████████████████████████ trust fund for ████ set to disburse when he turned 22. One of the conditions was that ██ ████ could not have any tattoos.

He told me, "I can't wait until I turn twenty-two, just so I can get some fucking tattoos."

I asked him what he liked to do.

He told me, "I like longboarding and CrossFit." I had to Google what both of those things were.

Our resident assistant suggested everyone talk to their roommates about any concerns they might have about living together, expectations of cleanliness, bedtimes, and so on. ████ told me, "The only thing that might get the in way is girls. I really like girls, dude."

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

At first, ████ disgusted me. This player prowled for girls. He smiled, raised his eyebrows, said "Hey" to half the girls in our dorm. He flirted with a girl, ██████████ then moved on to the next one.

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

But after a while, I got deeply jealous of ████ I looked down on him; he kept his half of the room cluttered and smelling of rotten food, and he bragged to me about cheating on one exam. But everyone still seemed to like him. He was charming, open, smooth. He could talk to our dorm-mates in a way I could not. ████ could speak a different language.

I picked it up quickly this time, no more confusion like when I had moved schools. ████ belonged here, around these other kids, while I was still a ghetto alien. ████ was rich, and the other kids in our dorm were at least upper-middle class. ████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████ Every one of the 32 kids on our floor had their own car, except me. I was embarrassed to say I hadn't even gotten my driver's license yet. I had no one whose car I could have used for the driving test.

I was the youngest on the floor, but I behaved like an old man. I rarely came out of my room, rarely spoke to the other kids, while they screamed down the hall at each other every night as they played Halo games with everyone's Xboxes connected. Once, ████████ roommate ████ called me rude, because she'd said hi to me in the hall, and I hadn't said hi back. I didn't understand her sensitivity. I became weird, and they grew to annoy me, being loud, energetic, and, in my grumpy view, childish. They probably never cursed and always sat perfectly straight, until the sun went down. Then they got wasted drunk and told stories about other times they got wasted.

We didn't understand each other. Once, four of us saw a fire eating a house a few blocks down from the university. Our dorm's fire alarm had been going off randomly, prompting forced marches outside to wait for firefighters who would tell us there was nothing to worry about. When we saw this house fire, I joked, "That'll probably set our fire alarm off too. We might as well pull it ourselves, just to be sure."

"What are you talking about?"

"Obviously that house is too far away from us to trigger our alarm."

I had to say, "Guys, I'm kidding."

Another time, in a group of six, I showed them a picture of my mother. My mother was much darker than I, so it could have been hard to tell whether we were related.

"Wow, James, I didn't realize how *black* your mother is, you know."

I said, "Yeah. I can't stand her, though."

"Why's that?"

Here I saw another opportunity for a joke. I said, "Because she's just so black, you know?"

Stevens 59

Then someone said, "Really? You don't like black people?"

Then I had to explain.

Maybe it was just where I was from. The East Coast, and the greater Philadelphia area in particular, has a certain bitter, jaded, sarcastic sense of humor. I learned later on that West Coast culture had a sense of humor was a little brighter, more enthusiastic, more—to me—childish. Maybe it was a cultural difference. Or maybe it was me. Was my sense of humor weird, or was their concept of sarcasm different?

They certainly understood sarcasm, however, when it came to making race jokes about me. ████████ from next door told me, "Look, you're not black at all!" when I took my shoes off, and he noticed I had a strong tan.

████████ asked me, "Can you swim? I heard black people can't."

And ████ asked me, "You must really love basketball, huh?"

████████████████████████████████████ Later on, during another drunk night, I learned that most of the kids on my floor had never known any black people.

Here were kids with college funds. Here were kids whose parents gave them spending money, so they never worried about food or gas. Here were kids who could afford tickets to the Wildcats football and basketball games, spending their weekends decked out in red, blue, and white shirts and shorts, jerseys and school-logoed things that cost, at the university bookstore, two or three times what my clothes cost.

Here were kids who never had to worry about their parents hitting them or threatening them or calling them dirty names. They could focus on their schoolwork or their relationships without having tiny panic attacks whenever someone crossed them. By the time my college experience was a month old, I was having nightmares about ████████████████████ kids from high school teasing me. Whenever one of my floormates made one of their race jokes, I tried to chuckle and shrug them off, only to imagine myself punching ████████████ in the face, knocking out their teeth, when I was alone in my room.

Here were kids that belonged with each other, who could ostracize me indirectly, with jokes and tones of voices. Another group of kids in a long line of groups of kids that I had no business talking to, no reason to connect to. But, unlike in middle and high school, I realized it early. If these one of them had told me outright that I did not belong with them. I would have said, Of course. There is nowhere I do belong.

Stevens 60

Chapter 11: Will

Because of ███ I spent a fat chunk of my time in the library. I scanned through neuroscience books of every specialty. The field stretched from an eclectic appreciation for everything from computer science to good old-fashioned hardcore philosophy.

Yes! This is what I want to earn my degree in. Go to graduate school, study, research, work in a lab, go into academics, become a professor, get papers published, the whole shebang.

The university granted me 24 credits from my AP tests. That was enough for almost a year's worth of classes. I could have graduated when I was nineteen.

Why not shoot for that? I'm determined. I might have had a bad year or two in high school, but I was sure I could come back from it with a stone-cold desire to establish myself in the real world. I would get perfect grades, work in a lab or two, join some clubs, finally become popular, have some decent friends, and actualize the intellectual potential I'd had since I was a toddler.

I took up working out again. The student recreation center was only a few blocks walking from my dorm, and it was open late. During one mad workout session, I lifted weights for twelve hours straight, throwing up twice and disintegrating my muscles into such an intense soreness that I couldn't bend my knees to walk for two days. I joined a flag football team and the university's club tennis team, with galactic hopes of working my way up to a lucky tryout with the varsity teams.

For whatever reason, though, I start to have rough, tired days. Any slacker could tell you it's exponentially easier to skip a class if you've already skipped a class before. I started skipping a few classes each week, just to lie in bed and sleep more.

A classmate said, "Man, you must be partying pretty hard, huh?"

"Nah. I'm just so tired, you know?"

"Like, hungover?"

"Nah."

Perhaps the only person who asked me whether something was wrong was ███ He invited me to a few parties, yet I started telling him I couldn't make it.

"I'd love to go, dude, but I want to catch some sleep. Hopefully wake up early."

Two or three times he'd say, "Yeah, no problem." And I'd think he was off my trail.

Then, one day, he asked me, "Seems like you're tired a lot. You alright, man?"

"Huh?"

"Well, it's just—you went to a couple of parties, but now you don't want to go. And I can tell you're really tired in general, like you're sleeping all day long."

"Yeah. I don't know."

Then he said, "Well, if you ever need anything, let me know." Maybe he wasn't such a vain guy after all.

My grades slid as I missed completing assignments. I wrote to-do lists of homework, essays, exams, and I still forgot them. I'd mark out time to study for exams but sleep instead. Then I'd look like an idiot when exam day came, thinking, It's today!? Man, these tests really sneak up on me.

I didn't look at my transcripts after the final exams. When the fall semester ended, the dorms closed, so I went back to New Jersey. Almost all my time back home was spent sleeping. I slept in the closet for Christmas to avoid my grandmother, when she visited.

The New Jersey winter was rough, and I was relieved, even re-motivated, when I arrived back at my dorm in Tucson. For the first few weeks of the spring semester, like that of the fall, I felt recharged and prepared.

The Wildcats varsity tennis team did not hold tryouts, but the football team did. I called and emailed the football offices four times before I got a tryout. The man I spoke to took down my information, looked me up, and asked me about my grade point average. They had a cutoff of 2.5, and I wasn't meeting it.

I lied, "I had a lot of stress last semester, ███████████████ I had to fly back to New Jersey in the middle of the semester."

He said, "Alright, we can hopefully work with that."

STEVENS-00004480

I lifted weights every day for the month before the tryout, and, at night, I ran sprints. There was no park nearby that was open late, so I climbed to the top of a university parking garage and ran sprints on the pavement, listening to loud music from constant frat parties down the street. I Googled everything I could about the football team and their new coach, ███████████ He'd pioneered a run-based spread option offence at West Virginia, before some rough years at Michigan. An old playbook of his was available online, and I combed through it. He schemed his receivers in two groups, inside and outside, instead of the typical X, Y, and Z designations.

An outside receiver, then. That's what I'd be.

And the guy loved walk-ons. █████████████ a former NFL fullback, had been at walk-on for ███████████ at West Virginia. █████████ hit guys so hard he broke their facemasks right off their helmets. ████████ kept some pieces of a broken facemask and assembled them into a candy dish that he still kept in his office. He loved walk-ons, and I'd be a walk-on, certainly. I couldn't wait for the guy to love me too.

Three hundred guys came for the tryout. We lined up at the football team's practice field, and the line winded throughout the entire athletics facilities. The coaches split us up, and we wound up using both football practice fields, the soccer team's practice field, and the baseball team's practice outfield. I knew I had no shot. The team would have maybe four to six open spots for walk-ons. We ran drills, and I was just average, catching most balls but dropping a few, sprinting past some wannabe cornerbacks, but getting caught from behind by a few. The entire tryout took about an hour and a half, and most of the time was spent sitting around, waiting for the coaches to organize us for each drill. At the end, I and half the other guys shook the hands of some coaches, then I went home and never got called back.

There went my ticket to respect, to appreciation. I had imagined what my dormmates would have thought. Maybe we would have had some better conversations, since now I would have been interesting. Talkative ██████ would have bragged to half the people he met that he roomed with a football player. Maybe some of the girls that he hounded would have turned on to me.

Maybe, just maybe, if I had played football, decent enough football to counter the pain from my high school sports experience, I could have had a passionate reason to get up in the morning. Maybe it would have helped my growing fatigue. Instead, I spent more time sleeping and imagining fighting my passive-aggressive dormmates. Next to them, I pictured more people. I could see Coach ██████ or ███████████████ from high school making fun of me, laughing at me, calling me weak or soft or a pussy. I'd hop myself up on adrenaline and bob around my room like a boxer, swinging at the air. I imagined hurting these people, breaking their jaws, knocking them the ground, then jumping on top of them and strangling them. ██████ especially, that brat. I imagined her having the time of her life at Rutgers. This was five years removed from her touching my hair, but now, if I could have, I would have shot her.

I felt harassed everywhere I went. Every time someone didn't smile or greet me with enthusiasm became a test, a transgression, an attack. I wished kids in my dorm would try to start fights with me, so I could beat their asses. I fantasized about fighting, then about murder. I wanted to eradicate all the girls that assaulted me, and █████████████████████████████████ █████████████████████████████ I wanted to kill all of them. I imagined myself holding pistols, screaming at them, before I shot them, when really, I'd be shouting and pointing my finger at my dorm wall.

Then, I started to have dreams—not daydreams, not controllable fantasies, but unconscious, involuntary, deep-in-the-soul dreams—about killing ███████████ I'd see her face change, her eyes open wide and her nostrils flare like a bull's, as if she were possessed, like any time before she started screaming at me. But, in my dream, I'd leap onto her before she started speaking, tackled her to the ground, and throttle her. I'd keep my hands around her neck, shaking her, bashing her head onto the floor while she stared me down with her strained, monster eyes.

On Facebook, I learned about █████████████ His wife was, ironically, ███████████████ However, more importantly, right there, right on her Facebook page, under About, above Married, was their address. I was 2,364 miles away from their house in ████████ This genius ████████ was just asking for a killer like me to creep up behind him, while he's mowing his lawn or bringing in his dogs, and blast his brains out. His wife and two kids, a daughter and son, would hear an explosion and come running out to find his

Stevens 62

brains next to their begonias. Or maybe I should get the wife and kids and leave ███████ to alive to weep like a bitch about it. Then, when they arrest me and he pleads with me to know why I did it, I can, even though nobody but me could possibly understand what I mean, say, "What are you talking about? I didn't do this at all. You did. The way you acted toward me, what else did you expect?"

I was losing it. Every day I let my anger drive me. Every day I let my earliest childhood feelings of being unprotected, unsupported, manifest in burning, murderous hatred for anyone who treated me poorly. If someone commits a crime against you, however minor, and goes unpunished, it does not mean they are not guilty. Yet, they will never carry the guilt which should burden them. Rather, you carry their guilt. Some can shed that guilt easily, but I could not. I thought about these anyone that hurt me, even in the most casual ways, constantly. I'd think, These people, they probably would kill me too, if they had the chance.

But I couldn't kill anyone. I couldn't even punch anyone, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

When I imagined these monster-people, a rage would snatch me. I needed to hurt something, to break something like a child throwing a tantrum, in order to calm down. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

STEVENS-00004482

Chapter 17: All Kinds of ███

STEVENS-00004505

Stevens 86

STEVENS-00004506

Stevens 87

STEVENS-00004507

Stevens 88



I tried self-help media. The desk girl at my gym recommends Eckhart Tolle. The first line of his first book goes, "I have little use for the past." I tried to agree, but I could not. I'm disgusted by my past, weighed down by it, by my family, my lost potential. If my past didn't matter, I'd be at a university studying something I loved, instead of struggling to report for another pizza delivery shift. I read my mother's religious books, things by Joel Osteen and T.D. Jakes, televangelists that elicit scornful critics who label them money-grubbing manipulators. Their attempts at motivation give me no more of a pep talk than I could give myself.

I ponder going to church, but there are none near me. Perhaps a religious community could surround me with shoulders to cry on. If there was a God, perhaps he was like me▮▮▮▮▮ It would explain a lot.

I tried to change my behavior. Maybe, if I changed the way I acted, I could change the way I really was. I read about body language, voice inflection, and proper posture. I read style guides. I read tourism pamphlets and cultural guides meant for people visiting the USA. I read books on public speaking, business management, and hostage negotiation. I looked at what famous people read. David Foster Wallace had, in his private library, the 80s self-help book The Adult Child's Guide to What Is Normal. I rented that from the library twice, then bought a copy. From that book, I got validation for resenting my childhood, ▮▮▮▮▮▮▮▮▮▮▮▮

I learned, even, to blame, to say there are some people and circumstances that hurt me, however minor, and I couldn't do anything about it. There is, paradoxically, control, the re-establishment of self-respect, when the question of "What did I do wrong?" becomes "Who did this to me?"

But, at the end of the day, these self-help-aided epiphanies only made me feel better. Nothing I took or read ever did anything to kickstart me, to dredge me out of sleepiness ▮▮▮▮▮▮ and back to the land of the living.

STEVENS-00004508



Perhaps I was alive again. But, even if I could support myself, would anyone else care? I could not rely on my family for support. I was no longer in contact with anyone I knew from school. I re-met members of my father's family, cousins all over the world, who were warm and welcoming, but foreign. I felt uncomfortable when my great-uncle in Germany and uncle in France probed me with question after question about my life, my college and career plans. Nobody had ever taken that much interest in me. I was jealous of my cousin in Oklahoma, who was a physician, and of my aunt and three cousins in Canada, who kissed me on the cheeks and embraced me with the longest hugs I'd ever felt. I was outside of these people and wished I could have been one of their children, to have grown up in their stable, successful families.

I tried not to compare myself to old classmates, people who had already graduated college and were planting their feet down, like determined pioneers, in their new careers, but I could not resist. It was tremendously easy, easier than eating, than reading, than watching TV, to browse Facebook for five minutes or less and marvel at how far ahead of me everyone I knew was. It became ████████████. Then, all I needed to do was find an old football teammate's job title on Facebook, Google it, and discover he made more in starting salary as a 22-year-old than both my parents and I made combined.

Even with improvements to my ████████ a lack of social support, comparing myself to former classmates, and resentment at my lost potential ████████████ I could imagine my name on some statistical sheet, with open, unchecked boxes next to a row that read 'Education'. No Bachelor's degree, no attempt at a graduate degree, no internships, no study abroad programs, nothing. If there was a check, it'd be in a box labeled 'Drop-out'. I was in the same category along with every pothead and party boy who came into college with no drive. I had had more than enough ambition, but now, I could imagine old classmates and teachers looking at me and saying, "See! I knew you'd fail!"