Exhibit C

I Hate Pretty Girls: An Experience with Late-Blooming Sexuality

By James K. A. Stevens

When we were both 22, my boss, ███ smiled at me. We worked at a tennis center down the Jersey shore in the summer, where I never got used to the sun glittering everything. The ocean, the beach sand with all its reflective sea shells, and every young person's face, like my boss's, always shone. ███ was a thin blond with a nervous laugh and a cute lisp, which you could only hear when she was comfortable, when she had been talking for a while, when she lost her professional tone and spoke like how I imagined she had spoken when she was a teenager. I sat in traffic after work, and ███ smiling, popped into my mind. I thought, *Man,* ███ *pretty cute*, then I realized this was the first time I had ever daydreamed about a girl.

There are stand-up comedians who talk a blue streak about horniness in teenage boys. These comics reel off similar bits, explaining that for any man the horniest time in his life is when he's a teenage boy. To a teenage boy, everything supposedly arouses him, every female teacher, every girl classmate, every swooshing skirt and giggly voice. Everything turns a boy on, and—here's where the laughs start—everything gives him an erection. He'll wake up with a lighthouse in his pajamas. And if the wind's blowing a certain way, or the bus ride home hits a road that's just a little too bumpy, it springs back up again. Maybe there are some math problems on the chalkboard. Numbers like "3" and "8", they're just so curvy. He can't help himself. But I never felt that way.

I never had wet dreams nor dreams that woke me up hard. I never fantasized about girls in school. I never had crushes that would distract me all day. Unless I could tell a

girl was flirting, I never felt uncomfortable or anxious in conversations with them. It was weird to me when I talk with girls in my class about homework or whatever, maybe string together some jokes, and then my best friend would ask me whether I liked these girls, why hadn't I asked them out already. When my football teammates talked about girls, their voices always pitched down into distracted, distant, turned-on tones, and even nonsexual observations seemed to arouse them. I noticed those low voices when they talked about whose ass they'd smash, but also who had the prettiest smile or cutest laugh.

To me, nobody was cute. I did not want to have sex nor date nor kiss a girl nor hold any girl's hand, all throughout middle school, high school, and my first two years of college, and I had never thought much of it. I had other things to worry about.

STEVENS-00000030

Stevens 3



Perhaps that made me scared around girls, instinctively or subconsciously looking to defend myself as much as possible from any girl who might have tried to flirt with me, who might have twirled her hair at me or made eye contact for too long or started talking to me in a tone I thought wasn't cute, but repulsive, the high, gooey voice so many girls use to flirt. The same pretty girls I could talk to about homework assignments repulsed me once their tone of voice changed, once they tried to hug me or just stand too close to me. I don't know for sure, but the point is that I, at 22, started noticing girls more than I ever had, in a way that I think most guys probably started to when they were much younger.

The tennis club was two blocks from the beach, and for lunch sometimes I would walk to the boardwalk to grab a quick slice of pizza. When I was 20, it had been easy to

STEVENS-00000031

swing by a shop for a couple pizza slices. But now I stopped on the boards, in between bicyclists and the uniquely South Jersey boardwalk rolling chairs, and I struggled to rein my eyes from staring at every girl's butt in a bikini. Every girl's butt within a hundred feet caught my eyes. I craned my neck to check out bikini butts that strutted right past me. I squinted my eyes to check out bikini butts that wiggled in the distance. Day after day, ass after ass, my sexuality grew on me like a fungus. Now I daydreamed about all my girl coworkers, all their pretty smiles.

I fantasized about girls I saw in passing, girls of whom I might have only seen half their face for three seconds. I could daydream for an hour about the looks of a girl I'd only seen one time, and I could daydream for day about girls I had conversations with. My daydreams embarrassed me, so I never talked about girls to anyone, even my male coworkers who'd chat about the cute girls walking around in tennis dresses.

I was too embarrassed to talk about girls, so, naturally, I was too embarrassed to talk to them. Introducing myself to girls I found attractive, complimenting them or trying to impress them seemed like speaking another language. I never had the balls to even call a girl cute. I had no intention of being a flirt or of changing my personality to be more attractive to girls. But I found myself drawn to girls, wanting to talk to them more, eager like a child to just be around as many girls as I could.

At my gym there was an attendant named ████ She learned everybody's name. Every time I came and left she would say "Hi James!" and "Bye James!". Then the his and byes turned into how-are-yous, so I figured I should be polite and small-talk this girl. I couldn't help but remember just about all our conversations. She was a college student, 19. She had negotiated her pay up a dollar, so she got paid $10 an hour while the other

attendants got paid $9. I could tell from her small, muscular frame that she had been a gymnast or cheerleader. Then she said she'd been both. She taught gymnastics during the winter. Her wavy wheat hair gave off that she was Italian. She said she spoke it too. She was going to be an exchange student to Florence the next year.

A little jealousy sprung in me of what I thought her life was like. Negotiating her pay for such a low-paying job meant she had a kind of confidence I didn't have. Probably decently middle-class parents, because she could afford not to take a job like that if the pay were too low, while I couldn't. My sport had been football; my family didn't have to pay for coaching and camps like in gymnastics. And she traveled across the world, while I'd never left our state except for college. So I didn't feel great talking to her, but I still wanted to.

She went on about how she did yoga and read spiritual books. I tried to keep up. I mentioned that I had read a little bit about yoga, but I had never gotten into it. I was interested in both the mental and physical benefits. I wanted to be more flexible, and I had heard about how yoga and meditation help people with depression and anxiety. But of course, I didn't let this pretty girl know that I had any sort of emotional trouble. One day, I let her know I was a reader.

"Oh, I've got a great recommendation." She took out a strip of paper and wrote down "The Power of Now, by Eckhart Tolle," which I now know is a foundational book for a certain kind of mindfulness that hundreds of thousands of people have adopted. I read the book in three days. It was encouraging, and an easy read, but perhaps a little abstract, a lot of catchphrases about putting the past behind you and focusing on the present. I saw ██████ a few days later, proudly told her I'd read it, then she asked me what I thought.

STEVENS-00000033

I said I enjoyed a lot, that I thought it would be some kind of joke, like a lot of spirituality books come across as, but then I did genuinely enjoy it. She asked me which parts in the book specifically I enjoyed. I tried to think of quotes from the book, but I couldn't quite think of any past the first line. I felt a little unimpressive giving what I thought were generic answers, the mindfulness, the encouragement to focus on the present, that focusing on the past begets depression and the future, anxiety (which is not a concept that originated with Tolle).

She looked away from me, said, "Neat." Then I strolled past to lift my weights.

The entire time I knew █████ afterward, she was terse. I would ask her how she was, and instead of telling me about her day, she would say, "Fine". Her body language changed, but I didn't realize it right away. She began to face away from me when I came into the gym, rotating her entire body away. She stopped smiling at me or saying my name.

The week before she left for Italy, she didn't speak to me at all when I came in. On the day of her last shift, I planned on wishing her good luck and saying goodbye. She left before I could see her. I ran into another attendant, another girl, named █████ I had also thought █████ was friendly, pretty, and I had gone out of my way to talk to her, probably driven by the same compulsion that pulled me to want to be friends with █████ and every girl. She was into Olympic-style weightlifting, clean and jerks, and snatches, and she had advised me on the kind of shoes I should wear, shoes with higher heels, three-quarters to a full inch, because they were better for tall, long-legged lifters like me. I asked her whether █████ had already left.

STEVENS-00000034

She smiled at me, in a way that could have been polite or could have been snide, and said, sympathetically or mockingly, "Sorry."

I never saw ███ again, but, after a few weeks, I daydreamed about her. I daydreamed about ███ how pretty she was, her smile, the same way I had daydreamed about my boss, ███ and about a million other girls since then. After two or three months of thinking about her every day, it dawned on me. ███ had been so friendly and sweet, then suddenly she'd been cold to me. Why? Did I do or say something wrong? Maybe she thought I was flirting with her.

*Was I flirting with her?* I thought. *Well, I didn't want to. I don't know. I guess not.*

I pictured her and ███ talking about me, assuming my intentions. *Of course he must be trying to get with one of us, right? Why else would he even speak to us?*

I thought ███ was cute, sure, but she was just the attendant. I never saw her outside of the gym. I had tried my best not to seem flirty—the thought of giving her a compliment seemed gross.

Then I began to obsess. I mentally leafed through all the conversations we had had. I drafted flow charts of our interactions, trying to connect all the different things I remembered us talking about, trying to see anything that could have offended her. Over two sheets of loose leaf paper, I wound up with maybe 30 bubbles of quotes connected to each other. Maybe she thought I only went to the gym to see her. Perhaps she thought I was trying to impress her, going out of my way to relate to her, when I talked about how I wanted to try yoga.

Or perhaps it was the book, the Eckhart Tolle book. Maybe. I remember how strange I felt that I couldn't give her a detailed recollection of the parts of the book I liked. Maybe

STEVENS-00000035

she felt it too. Had she asked me what parts of the book I liked just to see whether I had read the book at all?

Yes! That was it! She thought I hadn't even read the book! Why didn't the girl just ask me whether I read the book? Why would I say that I read the book but not really have read it? To impress her?

Was that all she paid attention to, guys trying to impress her? Reading the book was just a form of flirting to her, where for me it was something to read, to appreciate, because I, not her, valued reading, right? What a nasty piece of work she was.

The first line of the Eckhart Tolle book goes, "I have little use for the past." And while I had little use for my memory of ███████ it started to consume me. Now my daily fantasies of her smiling at me turned into her laughing at me, and I became bitter. What was her deal? How dare she pretend to be such a nice person just to play with my feelings. If it was about the book, what kind of narcissistic bitch thinks I would read a book just to impress her, anyway?

Of course the complicated part is that I did want to impress her, to have her like me, and I didn't know whether I wanted her to like me as a friend or gym customer or potential lover. I didn't know how I felt. I had wanted to have this girl like me, but I wished I didn't have that desire. I'd tell myself, I'm fine if the girl doesn't like me. But I sure went out of my way to make myself seem attractive. I didn't lie about reading the book, but I did lie about what year I was in college, when I had dropped out. I didn't tell her or any girl about my ███████ though I wanted to open myself up. ███████ was eager to talk about her own life, but I was mostly ashamed of mine.

STEVENS-00000036

I hated myself for wanting this girl who was nothing like me to be my friend. I was embarrassed about how this girl could change my personality, get me to start talking like an idiot about stupid yoga when I just wanted to lift weights. Then she had gone cold on me, so I hated her too. She was a new type of girl, a type of girl I'd never noticed before, a Pretty Girl. ███████ was the first Pretty Girl I hated. She'd made up her mind about me, I thought, but she didn't understand me. She didn't want to, anyway.

I didn't even know whether I was attracted to the girl. If I was, wouldn't I have said something to her? Wouldn't I have asked her out? I don't know. All I knew is that I felt cheated, so I hated. She discriminated against me, maybe, thinking I was into her, that I was trying to get into her pants, when she was just an attendant at the gym.

Over a few weeks, I branched off from my memory of ██████ to memories of girls I knew when I was younger. There had been maybe ten or fifteen girls who had turned cool to me, when I'd speak to them in school. They had gotten just a little distant, with the same body language as ██████ turning away from me, speaking in a lower tone, shorter sentences, and I started to think that maybe it was because I had been a little too friendly and gave them the wrong impression. Pretty Girls, they thought I must have been flirting with them.

There was ████ from my English class when I was 13. Sometimes people spelled or pronounced her name wrong. Sometimes I would be sarcastic to her ("What's your name again? ███████████████████████████ No, that can't be right?") She never laughed, never even smiled at me, hardly ever made eye contact. I had thought she just didn't get the joke. But maybe she thought I was trying to flirt with her. She refused to do a presentation with me, when our teacher grouped us together.

In biology class there was ███ who mentioned she had a boyfriend four times when we worked on an assignment together. In study hall, ███ said she'd never date black guys, then she turned to me, black me, smiled and said, "Sorry, James!"

In chemistry class I asked a girl named ███ to study with me before an exam. When we met in the library, she had taken off her glasses and let her hair down, and she smiled and blushed often. After an hour of studying, she looked bored, stopped smiling and blushing. Maybe she had liked me, realized I wasn't going to ask her out, then was upset? I asked her to study for the next two chemistry exams. She told me, "I'll let you know." She never let me know.

There was ███ from a computer science class. We had been class partners for the first few assignments. ███ made a few jokes about dropping out of school. I thought we had similar senses of humor. I told her this, then I asked whether she wanted to study together. The next day in class, she took another partner. A few days later, our teacher pulled me aside. The instructor said it looked like I was interested in her, that perhaps some romantic feeling would get in the way of my productivity. He didn't want me to be distracted. He suggested I move to the other side of the class. Had ███ told our teacher she thought I was interested in her?

For all these girls, it had been easy, at the time, to shed all these bad feelings. These girls were weird, awkward, socially ignorant. (Or perhaps I was the weird one). I had never been attracted to any of them.

But now I was aware of this hostility that so many girls seemed to have had. Since I was 12 years old there were girls who pushed themselves away from me. I hadn't understood how puberty could suddenly make boys and girls uncomfortable around each

STEVENS-00000038

other. But now I remembered every time a girl had ever slighted me in these weird, passive ways. In retrospect, the girls themselves were indeed all pretty. I liked them now, or my memories of them, but they hadn't liked me, hadn't treated me with even basic politeness, so fuck them.

So, I thought like this: *Damn these girls. Damn* █████ *and her perfect, curly, glowing hair. Damn all these girls and all girls' hair and pretty faces and tight butts. Their beautiful smiles could all go to hell, along with their snide, condescending attitudes, which might only be in my imagination anyway, but still.*

I decided I'd fight against romance. I would hang around and talk to girls, but just as friends, just like when I was a teenager. I didn't want to date or have sex for most of my life, so why not try to force my sexuality back to that stage?

Through medication, my depression and anxiety improved, and I returned to college. In a biology class I got split off into a lab group with a girl named █████ She wore guys' clothes, sweatpants and baggy hoodies, and she laughed at my jokes. I tried to form a study group for the exams with five other students, but it ended up just being the two of us. She invited me to her house. We studied in her basement, and we talked to her old Mexican mother, who asked me to call her when I got back home, because it had been snowing and the roads were dangerous.

█████ talked about her boyfriend. I figured she mentioned him to warn me, as if to put it into my mind, *Hey, I'm taken, so don't try anything.*

I said, "Your relationship sounds wonderful." I meant, *Don't worry, because I'm not interested. Let's just be friends.*

STEVENS-00000039

Over the next three months, we went out to eat after every lab period. I looked forward to our meals together more than I had looked forward to anything in years. While ███ talked about her aspirations, wanting to be a plastic surgeon, about her family, and about her job at a bagel shop, I started to feel comfortable venting about my own family. I mentioned ████████████████████████ dropping out at Arizona. This was the first time I'd ever talked about these things ████████████ ███.

I woke up in the mornings before our biology lab thinking about where I would go with ███ Maybe the Chinese buffet today or maybe the IHOP. I needed this friendship. It was cathartic, helpful, healthy for me, ████████████████ It was practice at talking, communicating my emotions in a way I never had before.

Maybe this rubbed off on ███ because she spoke more about her relationship. One day she told me she felt distant from her boyfriend, who lived an hour's drive away and didn't visit her much.

Then the next day she said it bluntly, "I broke it off. He's great and all. But he's too far away."

I tried to give her advice, but I had no experience to relate. "Maybe you could still be friends with him?" She laughed at that.

Two weeks later, she invited me to her birthday party at a nightclub in a casino in Atlantic City. She texted me at 11:30 at night, "I really badly want you to come."

I told her I was tired, that I was in my pajamas playing video games, but she asked me to come three more times, so I relented. At the casino she treated me in a way she never had. When she first saw me, she hugged me tightly and kissed me on my cheeks. She

grabbed my hand and pulled me through the casino. I felt the redness, the warmth in her

hands. Blood vessels dilating, she'd been drinking a little.

She told me, "We need to do a few shots together."

In the nightclub, I stood away from the dance floor, talking to ████ cousin. The

cousin and I agreed that dancing in public was weird, embarrassing. On cue, ████

hands reach out from the mass of dancers and grab my own hands.

She pulled me onto the dance floor. Right in the middle of the dance floor, she

grinded me for half an hour. Her ass, my dick, up and down on the dance floor. I had

never been so uncomfortable. I looked at ████ and around at other dancers. A lot of them

were looking at us. Many men were eyeing ████ How could she like that attention? I

hated dancing, but I liked ████ so I let her enjoy me, until her cousin threw up, then we

cut the party short.

Upon leaving, she told me that I was too withdrawn, that I needed to open up and

express my love. Here's the way she phrased it: "Why don't you just tell me, 'I love you,

?'"

Nervous, I laughed it off. How much had she been drinking?

For the next two days, I let my thoughts ferment. Did ████ want me for more than

friendship? Did I want her? How could I ask her directly about what she wanted? I was

fine with just being her friend, going out to eat after class, complaining about my sadness.

But I needed to know how she felt. If I did not ask her how she felt about me, then I

foresaw our friendship spiraling into a nightmare of awkwardness, mixed messages,

unreadable signals. Plus, we had been friends for so long, I figured there would be no

way she'd take any offense to me just asking her whether she liked me. On the Sunday

STEVENS-00000041

after her Friday-night birthday party, I thought for twenty minutes about the most sensitive and appropriate way I could broach the subject.

My hands were shaking so badly as I texted her that I dropped my phone twice. I got this out:

"So dude I got to say you behaved differently toward me at your party than you ever have. I need to know how you feel about me. Are we still just friends or did you want to be more, like, serious?"

"What?"

"Do you want to date me?"

"No! Are you serious!?? Why would you think that?"

Then I recollected everything from the party.

I brought up the dancing.

She texted, "It's called grinding. It's just a dance, an artform."

Then I brought up the part where she talked about love.

She texted, "I tell that to all my friends. I love all my friends."

Then I texted, "OK. No problem. Are we still cool?"

She didn't respond. Maybe she was just caught off guard. In the next class, I thought we'd laugh a little about it, then go to the IHOP again.

She sat next to me in class, but that day she turned away from me and never looked into my eyes. I asked her, "Are we still alright?" She spoke so lowly that I asked her to repeat herself three times.

Then she said, "Yeah, we're fine. Just a miscommunication. That's all."

STEVENS-00000042

She couldn't eat with me again, she said, because she needed to get home to sleep early for her morning shifts at the bagel shop. I asked her whether she still wanted to study together for the exams, and she said yes. But when I texted her before the final two exams she didn't respond.

After the class ended, I tried to push her out of my mind, but I couldn't. I sent her too many text messages to count, begging her to sit down and talk about whatever problem we might have had.

Then I texted her something I knew would upset her, "okay you never wanted to be my friend anyway, so what was the point, did you just want me for some kind of sex thing, a friends-with-benefits deal?"

Of course, this wasn't true, and I thought it was a horrible thing to text, but she responded.

She called me "offensive to all girls". She told me how "fucked up" it was for me to think she'd want to date so soon after breaking up with her ex-boyfriend.

Then I apologized as much as I could. I told her I hadn't even thought about her ex-boyfriend and reiterated that I only thought she was interested in me because of the things she said and did to me at her party, but she stopped responding again.

I had lost my new best friend. She'd become another Pretty Girl. Every day for months, like with so many other girls, I daydreamed about ████ Then I began to dream about her at night. I had loving dreams about her smiling at me, then hateful dreams with me screaming at her, calling her an idiot. I vacillated between happiness and anger. I pictured her talking about me to her friends behind my back.

I thought about everything we had done together. The next class day after her party was a test day, and she had suggested we not study, because our grades were already high. I did poorly on the test, but I hadn't minded. Now I did. I should never have let her get to me like that. She dragged me down to a B average.

Once, I had accidentally paid for her food. I gave my card and she gave cash for a bill we were splitting at IHOP. I saw the server ring it up, put it all on my card and take her cash as a tip. I knew it immediately. The difference was six dollars. But I was feeling good, so I let it go when the server handed me the receipt. It was only six dollars, but now I wanted my six fucking dollars back.

My anger grew. I had read stories about crazy stalker men who send women who reject them grotesque text messages, threats and insults. They would call them whores or sluts or bitches. I didn't want to become one of these men and yet, I was feeling my anger overpower me. I deleted ███ number for my phone, trying to get her out my memory. A few weeks later, I downloaded an app to restore my deleted numbers.

She must have blocked my number. I felt ashamed as I started to text her my hatred, but I wouldn't stop. I deliberately kept my insults nonsexual. She wasn't a whore. She was a stupid fucking lying piece of shit. She lied to me about still wanting to study together and be my friend. I told her I couldn't understand why she didn't just communicate, didn't just tell me I made her uncomfortable. That was no reason for her to destroy our friendship.

███ was imaginary now. She didn't respond, so I thought she hated me for sure, and I needed to ramp up the heat to compete in my contrived emotional fight. She became a text message punching bag.

STEVENS-00000044

"Asshole."

"Liar."

"Why would you do this? Why can't you just communicate?"

"What a coward."

"Fuck you."

"I'll hate you forever."

"I love you."

I would text her at 2 or 3 o'clock in the morning. I downloaded an app to disguise my number, so she'd hopefully see them even if she'd blocked me. When I thought about her, my heart pounded like a jackhammer, and I slammed my fists against my desk. I now understood these crazy men, comedians and angry husbands, who tell stories about simultaneously hating and loving cold women.

Where did this come from? I'm sure, as sure as I could be about anything, that this intense hatred came from a combination of hormones and intense loneliness. All my major life relationships had been unhealthy. ██████████████████████ I jumped in and out of friend groups as I moved to different schools, three different elementary schools, four different middle schools. No one kept in contact with me from then, nor from high school, nor from college.

On top of that, I had never dated. This hadn't been a problem before. In high school, I had other problems. But now, in my early twenties, █████████████████████ this feeling of loneliness became a crushing weight on both my ego ███████████ For the first time, I directed my rejection-fueled anger and sadness, emotions I knew well in adolescence, away from my own soul and out toward another person.

Self-consciousness crept in. Something must have been wrong with me, I thought. I was still a virgin. I'd never even kissed a girl, never had a single date. At 24, I went back to college at the University of Delaware, and my friends there thought I was lying, when I told them this. I lifted weights daily and weighed forty all-muscle pounds more than when I graduated high school. I bought well-fitting clothes and surprised myself as how talkative I was in class. I'd tell my friends I'd never dated, and they'd say, But you're in fantastic shape. You're smart and funny. You must be lying? You've never had sex? Is it, like, for a religious reason? Are you sure you're not gay?

Girls' clothing in educational settings has, for generations, sparked arguments as harsh and unyielding as those in politics. There are people who say the clothes that define girls' and women's' fashion trends, currently things like yoga pants, tight jeans, and short shorts, are distracting for boys and inappropriate. Their opponents argue that girls should be allowed to wear whatever they feel comfortable in, and it's up to boys to focus themselves and deal with however distracted they might be. For most of my life, I held the latter view. It was not hard for me to ignore girls in high school who wore tight, low-rise jeans with their underwear jutting above them. I thought girls who wore things like that were silly and uncoordinated, unaware of how ridiculous they looked. But now, at my new university, I felt like a carnivore, my eyes homing in on every young woman as if she were prey.

Some newly-formed, burning hot part of my brain sought girls, and I hated it. I could sense attractive girls in my periphery. From the corners of my eyes, female forms, postures, and gaits stood out to me more than men's. Walking around my university, I unconsciously swung my vision around to every girl's rear end. Just as I stared at

boardwalk bikini girls during my summer work, now I stared at every girl in yoga pants

and leggings. In class, girls' voices were sharper and clearer than guys'. I realized girls

were robbing my attention, so I hated both femininity, women and whatever made them

attractive and distracting, and myself for not being able to ignore it and for not being able

to hold or kiss or have sex with any of these fleeting, transient Pretty Girls.

I thought about this every night. Every night in my bed, it was the same deal, the

pendulum of emotion swinging back and forth through romantic and sexual fantasies. I'd

clutch and cuddle with my white foam pillow and pretend it was ███████ or one

of these girls I love-hated. I loved my white foam pillow. As a child, I never slept with a

teddy bear, but now I dreamed of sleeping with my arms around pretty girls, as I would

really wrap my arms around my white foam pillow.

Or I'd sit up, angry at these girls. I'd think about sending ████ another text message.

*Not like the bitch would answer anyway.* I would fantasize, again with the help of my

white foam pillow, of a girl in bed next to me. But now I would imagine violence,

pinning down and punching these girls, raping them, seeing them bawl their eyes out or

scream from underneath my body. Tears and snot like babies.

If I woke up happy, in the morning, I might have kissed my pillow ten or twenty

times, before patting it, as if to say, *I would love to lie in bed with you all day. But I must

get up now.* But when I woke up upset, it could be a rush of sadness. Maybe after a dream

of ████ smiling at me. I'd sit up into the cold air that would shock my spine as if it were

water, as I realized my dream wasn't real. My dreams, naturally, were never real, and

they probably never would be. I'd drag myself awake and, on my way to class, and hope I

STEVENS-00000047

didn't see any couples, any adorable students holding hands, lest they trigger more silent rage.

Masturbation became a problem, a compulsion. I could masturbate four to six times a day. I'd miss class, masturbating for an hour or longer. I masturbated until I sweat hard, as if it were a workout. Then I thought seriously that I could use masturbation as a replacement workout. I would masturbate face down, pushing my body off the floor as if I were planking, working the abs. I masturbated draping my body over a chair, with my pelvis pushing into the seat. Gripping belts tied around table legs, I curled my arms and felt my biceps and upper back get sore, a real workout. I masturbated while I studied and while I read books.

I hated masturbating, which I couldn't stop, just like I hated Pretty Girls that I couldn't stop staring at. It was the same feeling, hating my instincts and hating the objects of those instincts. As I walked down the streets of my college campus I grew more distracted, every day, at seeing pretty college girls in short shorts and yoga pants. I'd stare, knowing I looked like a pervert, scanning their pants for panty lines, darting my eyes to the occasional girls who wore shorts so short that the lower part of their bare buttocks was exposed. When I was a child my mother told me about certain kinds of girls, girls who dressed a certain way. These were supposedly girls who did not have much going on for them, who were stupid, and who prayed on sexually active young men or men who wanted to be sexually active like myself. Months of walking down the streets, surrounded by girls in tight and revealing pants made me begin to empathize with a certain kind of man, an angry sort of man who might call these young women whores.

There has been a movement to start support groups for men who do not get the sort of sexual relationships they want. They're called incels, involuntarily celibate. Perhaps the most notable incel group was on Reddit, the social news and media aggregation website. This group started off with the same intentions of any support group. You have these men who don't have the relationships they want, who feel lonely and depressed. The thinking is that if these men got together they could perhaps motivate each other, share advice on how to develop social skills to communicate better and make themselves more attractive. But what happened instead is that this group became a sexist, hateful group that would refer to most women in sexually objective terms. These men called women whores all day long. I found myself browsing these groups, relating to some of the milder stories of men who feel hated by women and lonely. These were overshadowed by men who talked about how much they hated women, about wanting to kill women, about wanting to castrate men who were more sexually active than them. These groups became not about establishing healthy relationships but about trying to figure out how to have sex with women, how to seduce women. For threats and hate speech, Reddit administrators banned the main incel subreddit. One mocking comment, with thousands of upvotes, read, "Aww, they finally got fucked."

I never posted any comments about wanting to hurt women or more sexually active men, but I felt personally insulted by this comment. Don't these people understand that, if you don't show hateful people, especially people who will tell you explicitly that they feel unloved, sympathy, or at least pity, they'll just hate more? I'd have killed for some pity, and I knew it. I knew I could hate more.

STEVENS-00000049

There is this paradox that involves these hateful men who call women sluts are whores or whatever. It is the obvious counter against this kind of man that, if these women were willing to give themselves up sexually so easily, then why couldn't these angry men full of testosterone get any? I think it's because, despite the entire point of these incel groups being having sex, their users' problems center around relationships, desperately trying not to be lonely, maybe something that stems from childhood. Having sex is just a boiled down way of having any kind of intimacy.

I suppose if all I wanted was sex, then I could have gone to a prostitute. At night, they strolled up and down the same boardwalk where I watched bikini-clad girls' butts in the day. But what I wanted, what I starved for, is intimacy. In bodily terms, it's someone to replace my white foam pillow. But I wanted someone who I could hold, lie down with, communicate well with, someone who could motivate me. I think that emotional and romantic intimacy is more necessary to health than most people think.

The thinking from a lot of self-help writers, by a lot of well-meaning former incels, is that a relationship, love, is a kind of prize that you earn by being successful or confident or something like that, that you take care of your non-love life, and love will follow. But I think it's the opposite. I think love is a need, a foundation, an encouraging core of anyone's success. Maslow in his famous Hierarchy of Needs nestles love rather low, as a baser need, before self-actualization, before morality, before feeling accomplished and free. One wakes up in the morning, ready to tackle the day, ready to do their job well, ready to take care of themselves, because they are loved, not because they might be loved in the future. After you have your basic needs met of food, shelter, employment, health, etc., and before you have the more abstract needs met of self-esteem, respect, and self-

actualization, the realization of your potential, you must meet the need of love, of affection, whether you get it from one or more of family, friends, or romantic relationships. And when that need cannot be met, then you have this unhealthy, albeit, I think, natural fall into anger and sadness. This is where I had fallen, into this pit of negativity. I realized it, and yet I didn't know how I could climb out of it alone, without a Pretty Girl to help me.

I would have liked to date, but in the absence of dating I wanted to stop being distracted. I wanted to revert to my 16 or 18 or 20-year-old self, where I did not mind a sidewalk full of girls in tight shorts.

At Delaware, I didn't blaze with sexual rage, rather I sizzled with it. Pretty Girls upset me, because these girls didn't know what they were doing to me. Girls wore certain tight and revealing clothes, because they are fashionable, while to me they were only a sexual temptation. I got into an argument with a woman about this. She called me a pervert and told me that the answer for why girls like to dress the way they do, using examples of short shorts and midriff shirts, is because those clothes look cute. It's for them to feel good, not for me to pay attention to. And yet, I grumbled back, when I think of clothes that make me feel fashionable and attractive, they are no tighter nor revealing than the beaten old outfits I might do laundry in.

I went to a football game at my new college. I watched the cheerleaders, and they were all I could focus on. Cheerleaders, in their little skirts, bows in their hair, giggling, twirling. It turned into a fetish, a fetish I hated. Where many guys get turned on by cheerleaders and think it's endearing, cute as the girls themselves, I hated it. I never dated a cheerleader, so seeing them at football games turned them from people into prizes, far

off things, mirages in the desert. I could try to approach one, but they'd laugh and whisk away like sand.

I hated that these cheerleaders turned me on, and I hated being turned on at all. I hated that I had any sexuality. I was convinced I was too old to develop new social skills. Being nervous and anxious around girls is cute when you're ten or fourteen, but I was pushing twenty-four. No girl would want to teach me how to talk to her, so I was left as a fool. In all things romantic and intimate, emotionally and physically, I felt stupid. I felt embarrassed. I felt ashamed, and I felt headachingly angry.

Every lonely person has a desperate, instinctive desire not to be alone. Loneliness makes one desperate not to be lonely. It makes you drawn to almost everyone, even people you hate. From stories I hear of older men, this feeling sometimes goes away by middle age. Perhaps it's evolutionary, something involving lowered hormones. Perhaps, if I wanted to give up being close to anybody, I could look forward to that.

But the goal here should not be giving up or throwing myself at a girl in hopes of getting a date. The ultimate, dream goal is independence, autonomy, getting back to where I was as a kid, not giving a shit if a girl were to tell me she had a boyfriend, being comfortable being alone.

Last summer, ▮▮▮ got married. She's happy, but, for a while, the thought of her marriage distressed me. She wasn't as talkative as she used to be. I thought about ▮▮▮ again, on and off, for a few days. But during the summer, my thoughts mellowed out some. I don't know why, maybe something with hormones again. My depression, through

Stevens 25

more therapy and medication, improved. I made more friends in my co-workers, went out more, lifted more weights, watched more football, read more books, played more video games. It's not perfect, but I managed to avoid most of my old, uncontrollable sexual thinking. When I see ▇▇▇ again next summer, I predict I'll think of her as just good ol' ▇▇▇ a relaxed, relatable supervisor, rather than a Pretty Girl to daydream about. A few summers ago, ▇▇▇ used to smile at me brightly when she saw me. Now that she's married, it's not so much anymore, but now, somehow again, I don't mind it.

STEVENS-00000053