# Exhibit D

## death threat??

## 20201210T070000Z
## CONFIRMED

**Start Date/Time**
  20201210T070000Z

**End Date/Time**
  20201210T080000Z

**DTSTAMP**
  20211119T184204Z

**ORGANIZER** ( CN=kyleastevens@gmail.com )
  mailto:kyleastevens@gmail.com

**UID**
  65j3ce9k70oj8bb5c8rm2b9k74om4b9o70r3eb9lchim8d9k64pm8cb5c4@google.com

**CREATED**
  20201113T192841Z

**Description**

**Last Modified**
  20201113T192841Z

**Location**

**Sequence Number**
  0

**Status**
  CONFIRMED

**Summary**
  death threat??

**Time Transparency**
  OPAQUE