# Exhibit E

Stalker notes:

Right after arrest, repentant:
...can be productive instead of being a waste of tax dollars...depend on reputation to make a living

...maybe I can write about this or discuss w the same extreme language positively so I can stop the next guy from becoming this monstrosity

...maybe this won't have to end as a tragedy of me not doing anything productive with my life

....was embarrassed with myself as I was sending those messages, thought I was just being irritating and I still didn't enjoy it but at least I could let steam off and get back to studying

...appalled, disgusted, sick w myself that I made ppl afraid, k in diff bed

...extreme hateful language was typical for me by where I grew up

...people in their perspectives might have trust issues..lots of people they will meet like me, casually class sports team...do not develop that fear...i am a tiny group of nutjobs

my feelings of confusion and vulnerability turned into anger. I thought that, by hurting other people's feelings and making them feel vulnerable, I could erase my own awful feelings about myself. instead, I could only distract myself temporarily and needed to return to the same hateful language to more and more frequently. it became like an addiction.

[redacted]

just resentful

no surveillance, following, monitoring

I was not anonymous to scare you, rather to avoid embarrassing myself

Don't think of me as anyone with some kind of elaborate master plan of stalking and harassment. I was just an angry man who needed therapy.

stress of classes

teenager...early twenties...both of you are younger than I am...although adults...fragile developments...I beg of you to not let my actions affect your relationships, the way you make friends, or your personalities. when I knew...it would destroy me if that changed.

00014612

STEVENS-00020260

insulting you ethnically, not how I really feel, rather a product of my decision to use the harshest language possible to express my irrational, displaced rage.

over 30 to ▓▓▓▓
was stunned....

Other quotes:
sexuality in the usa isn't something that you're supposed to express directly(no nudity poor sex ed etc) rather indirectly in order to feed egos, be seen as rebellious or free spirited, or the manipulate and influence people, either for money or to make them uncomfortable. in germany sex is just sex and nothing that needs to be part of your identity or image.

love and hate society, those girls, etc
check their fbs when I'm writing the book to see if they posted about me, check the articles, google their names for interviews

fake conversations: saying no thank you...saying the likelihood that anyone will ever be genuinely interested in me is so low it's not worth it. the likelihood that anyone will ever understand me or love me or even want to be around me for more than a day or so at a time is so much lower than the likelihood that I'll be hurt ▓▓▓▓▓▓▓▓▓▓ etc repeat 50x

imagining my 10 year hs reunion, talking to girls I hated, etc

take stuff from the IHPG thing and from atlantic city girls

it was never going to happen anyway, with anyone. no one was ever going to love me. look at me. not even my own mother could love me....or maybe I'm just too needy, needing a kind of love that nobody in the world can deliver....except me. I could love another person....but nobody wants me to love them either. so now what. I love but I cannot love. I want love but can never get it.

police said she said boyfriend but she wasn't even dating then. I know it Facebook etc and I never asked her out so wtf...I was behind her once and heard her talking to other people. why was she so much nicer to them than to me. why does she hate me?

she said she never knew me. she forgot. just like everyone else. I'll leave the university and never talk to anyone there again. no texts, no facebook, nothing. was it because of my arrest? doubt it. nobody wanted to keep in contact with me after I left arizona or after I moved on from the community college. there's no permanence, no lasting connections anywhere. it's all fake. the college party scene, the social scene, the people who tell you this is where you make friends

00014613

STEVENS-00020261

for life. it's all a scam. they don't want you, especially if you're not popular and extroverted, just your money and maybe your house for a house party.

I desperately tried to change my personality, to become more extroverted, and I could not. I could not, would not, make friends...just another one of these lonely millenial guys...surveys say fewer close friends...lose my days in pornography...hours at a time, four or five hours of watching pornography, not even masturbating....that's to much effort, just watching it, just as I used to spend entire afternoons playing video games as a child...what else was I going to do. I'm like the rat in the cage that presses the button for more drugs, because I cannot be the person with long term goals...maslow's hierarchy...I need love to support me, to be my foundation, not to be the carrot at the end of the stick for me to endure hard jobs and academic stress...

my family, my hypothetical friends, and pretty girls will like me if I work hard, make a lot of money, look good, have an attractive personality, lots of hobbies, an interesting social life and so on... but that's not how I work...I don't know who works like that...I need it the opposite way...I need the love first...is there anyone who doesn't...

if you don't get it from family first...then weird behavior ▮▮▮▮▮▮ nobody likes you so you fall down even more...it's an upward cycle too....if you're already popular it's exponentially easier to be more popular

mdma and sex...sex is like natural mdma...

stupid girl...stupid idiot people that don't remember me. what is this brain? why am I so weird? why can I remember damn-near every conversation I've had, to the point of craziness and rumination, to the point where I feel compelled to write a damn book about these people I hate? meanwhile, they've forgotten everything about me.

dreams about cuddling, having sex with xyz girl, then I wake up and am disgusted with myself. I want to be close to THAT? to these awful, awful girls that don't give a shit about me. hell, they're probably making fun of me as I speak. christ.

just a thing I have to deal with now, a thing that takes away brainpower. can't I just cut my balls off. I mean, really. I hate that I have any sexuality. I hate that I want to be close to anyone, because I'm convinced I'll just wind up being hurt....maybe my mom was right, nobody cares about you, they'll just hurt you...

I was watching the wire...where lex shoots fruit and says casually what's up Patrice. so emotional, crime of passion, but when he did it was so collected, I liked it. maybe I should do that to one of those girls

don't know what triggers it...I just walk or drive or do anything and think....the likelihood that blah blah....it's an annoying, long, depressing mantra

then fear I'll be an old pervert guy, chasing young girls to compensate for never having any romances as a teenager or 20-something, for never getting with a cheerleader in high school or the girls with sexy costumes at college Halloween parties.

I look on the internet and see news stories of perverts, pedophiles, guys that started with regular porn then moved onto animals or children. next thing you know, the FBI is breaking down their door (just like the police did mine), seizing ten hard drives of child pornography, then they're in jail for ever or, if they're released, have to wear ankle monitors (just like I had to) and can't be within 1000 feet of a school for the rest of their lives. why wouldn't that be me. I'm already messed up in so many ways. I'm sure I could slip into that shit too.

they hurt me and they're happy, ecstatic. they'll hurt me and throw a little party

the chaos, the uncertainty, the dread, the fear, the anxiety, the heartbreak, the sadness, the anger, the hatred, the chaos, the chaos.

I'm wasting my time, but what else should I do? go out and drink with you, develop superficial friendships where people tell me how much they'd love to hang out with me but never will?

I thought too little of others and didn't trust, then I thought too highly of others and trusted too much. now I just don't care.

getting arrested....just give me the electric chair...fuck it....my life, as my feelings, are worthless.

now someone wants to come into my life? they could have come into my life any time in the past 15 years. if they had, maybe I wouldn't have been a ▇▇▇▇ criminal. maybe I wouldn't be fantasizing about ▇▇▇▇ homicide

been in jail since I was a kid anyway, first realizing that there were other kids that weren't as gifted as I was but had more opportunities, more things, more vacations, more friends, more compliments from teachers. we were in the same town, yet they were somehow, in another place, on another plane, outside, freer.

german friend says they're like children, I agree. I agreed back in sixth grade. they're all older than I am and they're like little kids

I cannot leave. I just want the passport back. keep the computers or whatever. I don't care about that junk. just let me leave this awful place.

you'll get the help you need. the police say that. yuh ou know who else said that, fucking ▇▇ you know what the help I need is, not my twentieth therapist, it's social support, people that care about me, and my mistake was thinking dirtbags like ▇ cared about me...2 hour long

conversations then all of a sudden you're too busy to give me 5 minutes to vent when I'm half suicidal. I see.

drugs...did steroids..█████████..doesn't matter anyway because I'll lose 40 pounds of muscle in a year anyway

being so poor, stealing from jobs...stringing...fuck the school but I made the coaches hurt and that hurts me

ling exam nobody shows....psych exam nobody shows...I remember the ppl that show █████████

I wake up and imagine them, what are they thinking, imaginary convos, what are they thinking, like a teen boy trying to surreptitiously impress a girl

she was a slut anyway bc she was looking for a guy while she was in a relationship

rejection vs criticism also means that kids that don't want attention from parents or want to branch out and not hang around their parents are seen as disrespectful and rude compared to german kids

█████████ I need love like I need food, and I'm close to starvation every day.

I hate drinking. I hate these drugs so much. I hate it all, but it replaces the even worse feeling of loneliness. if I had love, I wouldn't need drugs. but I don't, so either I take these drugs or kill myself.

 If I just had one person on my side if I do said 1 more single solitary person to love me and boost me up and talk to me for 5 minutes when I felt bag and let me crumble in front of them then maybe I'd have survived high school maybe it wouldn't have been █████ only be I wouldn't have caught myself maybe I would have gone to a better college on Massena state schools are mad but I had more potential in that maybe I would have stated Arizona and get my scholarship maybe I would have stated another school get my scholarships maybe I would have nots crumbled alone

my imagination makes me gullible. somebody lies to me, and I imagine how it could be true. someone pretends to be nice to me, and I imagine it's real, that that's how they are all the time.

can't  get into bar fights without catching a felony and paying a million dollars

dominant personalities, emotions that take my own emotions, and I let myself be hijacked, because I think theyll drive me somewhere wonderful,

00014616

STEVENS-00020264

just like my character I was happier in jail

all these people seem so happy but it's fake, it's fake, it's a lie...they don't really care about you and never could

an unsupportive university, unsupportive community, unsupportive culture

you could have given me love or affection or respect or honesty or decency, treated me at least as well as I treat stray animals. instead,
you gave me your disgust and contempt, your loathing and disdain, and now I need to repay you. now we are bound by that hate.

when they feel bad, they can vent, with a million people to talk to. when I feel bad, I must endure it, try not to let it ravage and overtake me. but some nights it has. waves crashing into my little boat until I overturn.

we're a family, and ▮ is my fucking advisor and he doesn't even recognize me...pumped up to fight him...see his pictures...etc..I remember a single heartbeat...an incredible, painful heartbeat, I was afraid the thing would burst in my chest

no respect for children...I could have said, even as a child, what I needed, but they would never have listened

transient, float-through-life culture

the thing that made me angriest was them saying she said she had a boyfriend....she didn't say that and I never asked...made me mad, they can't even get the truth right. I can admit to everything, but ▮ none of these people, ever remember what they do to me

so jealous of them same friends for years never moved etc

that's not me. I'm not a stalker, right?

I have no interest...I have no interest...I have no interest...I treat it like I giving a speech, like it's something I arrived to after cool, methodical thinking, not after weeping, not after 6 packs and Marlboro red packs, fat blunts, day-long acid and mushroom trips, mdma trips alone and not in a dance club or at a concert where that drug belongs, steroids and video games and prostitutes and sex toys and five-hour-long porn binges and distracting myself with writing three books and working three jobs simultaneously, all so I could try to stop feeling alone.

I'm a dope...I can probably fall in love with anyone

maybe have chapters of plot then short interlude chapters of internal monologue to describe anger, etc

all the americans get drink and they ask me: are you sure you're american?

empahty-less, petulant children pretending to be adults

this experience, even the arrest, helped me realize how much I want to live in Germany...live in Germany and never come back...this means=stay on the grind, money etc, until you're in germany....make list of what to do, etc

maybe I'll kill em, 10 years from. now, after the heat dies down, I'll off the bitches. strut into their office at whatever of their daddy's law firms they're working at, pull out the gun and say "remember me?" see them scream like babies, scream like I scream, but like they never have before, before I fill them full of holes.

kill them, kill everybody, take you out with me, you drive me to insanity and act like you can get away with it. oh no, not anymore

did they give interviews about me? fucking little bitches.

on the internet there's sympathy and outrage culture but this was talked about in the book a generation ago. it's the way america works. what caused it?

my general frustration at the lack of support when I was a kid was the right was to go...but they beat it out of me, then it heated up and exploded....in the end I realized walking around generally pissed off at everything was the right way to go


Observations:
For Nietzsche, men without the aptitude or opportunity for solitude are mere slaves because they have no alternative but to parrot culture and society. In contrast, anyone who has unmasked society naturally seeks out solitude, which becomes the source and guarantor of a more authentic set of values and ambitions:

I go into solitude so as not to drink out of everybody's cistern. When I am among the many I live as the many do, and I do not think I really think. After a time it always seems as if they want to banish my self from myself and rob me of my soul.