# Exhibit F

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 1 |
| Combined results | 1,129,669 |

## 1B14 (1,129,669)

| | |
|---|---|
| Evidence number | 1B14 |
| Location | Cases02\266O-BA-3481119_282256\Source\Cell Phones\1B14 |
| Platform | Mobile |

STEVENS-00048777

Google Keep Notes

| | |
|---|---|
| Content | Music<br>Bowling<br>Schwimmen<br><br>, Nothing will last<br><br>What I Want:<br><br>If I could have what I want in:<br><br>Apartment general:<br>No trash<br>car<br>food whenever I want w/o cooking<br><br>Living room:<br>prop up tray for food while TV<br>TV speakers?<br>redo speakers like small on desk<br>redo pc, two monitors and big fancy special PC<br><br>Bathroom:<br>redone shower and bath<br>redone furniture and storage<br><br>Bedroom:<br>redo bed furniture<br>redo wardrobe<br>org clothes<br>more furniture....sitting....juju bag....sideboard?<br><br>kitchen:<br><br>office:<br>new pc<br>speakers<br>3d printer<br>printer organization<br><br>electronics:<br>no social media<br>1 email acct<br>bookmarks orged<br>no porn ever...<br><br>Plan:<br><br>Current priorities:<br>lifting (then fb, bjj) |

STEVENS-00048786

Google Keep Notes

| | Content | getting rid of old shit (outside shit and bikes and maybe bathroom)<br>consuming good media (then novel)<br><br>figure out eduroam...<br>german phone number for wifi...<br><br>prepare for fake liscence<br>...<br>more fraud...approve and ill give you half...<br>iq fraud<br><br>....whats stopping me from fraud and taking out many 50k loans<br>...<br>betriebskosten<br><br>maybe do mushrooms again, in order to feel a certain way. where lsd takes you to a higher consciousness, mushrooms take you to a lower one. if you can control yourself and your emotions on mushrooms, stop crying, etc, even with distractions, then you might be able to control yourself at your base consciousness.<br><br><br>regular...no forseeable end:<br>lift<br>novel<br>buy<br>sell more<br><br>never orgasming<br>stop masturbating<br><br>Resps to wait:<br>foregen<br>Googlr<br>Adac<br><br>General:<br>Mains:<br>Uni<br>Lift/FB/<br>German<br><br>Extras:<br>BJJ |
|---|---|---|

Google Keep Notes

| | | |
|---|---|---|
| | Content | life...<br><br>will need some kind of reduction in complexity for things like programming...does this make sense...you need things to be simpler and cleaner all around, maybe new pc (for what?)<br><br>reprogram self, restart life as if you were a baby, but with robots and such taking care of your needs instead of people<br>...robot parents, robot neighborhood etc...<br>treat self like a baby but when you get to middle school/hs age, still be shy, still keep a distance from others,<br><br>for football...a software program that calculates certain statisitcs based on inputted information like height, weight, positions, formations, and gives back information like this qb is bad at throwing to short receivers etc...<br><br>how do i improve my german after i have already learned the most common words...??? more video games? master watch dogs 2 again? read the wd 2 script?<br><br>I can do so much!<br><br>if you masturbate, you are falling back into a lower consciousness...essentially, if i think about others in any way, I am on a lower level of consciousness<br><br>for ese vs cs. what can i take vs what do i want to take<br><br>buy the right drugs to manipulate others, feed people sedatives or mdma<br><br>solar growth expected to be "staggering"...invest<br><br>many repeated attempts with clear timely feedback, need feedback.....<br>valid environment...can't be random like roulette or short term stock...don't see a pattern in randomness, like the rat and the button beating the people<br>don't get too comfortable...it's not driving a car<br><br>with regard to intimacy, etc., fetishes, past desire...it's always been about closeness, cuteness, safety, etc...instability=bad. might be asexual but might also just be penile insensitivity...either way it would be best to just put it out of my mind forever<br><br>everything is a test of detatchment<br>current focus=lsd and detatchment<br>the right path is bearing hardships that lead to detatchment...it may be hard to do x, but at the end, I will be unattached.<br><br>mdma notes 8 16 21<br>Love everyone from a distance. Are you really just going to kill? That's nuts. Just work on yourself and you'll love and be loved eventually. Even when you're older. It's ok.<br>Love yourself, love to study, love to read, etc. Reason for Sorge book=interesting story<br>reason for money fraud=secure life<br>reason for college=secure life<br>what am i going to do with a girl...honestly...? what? It's all just annoying distractions |

STEVENS-00048793

| | |
|---|---|
| Content | , the girl, the news, etc everything that isn't a part of my immediate life.<br><br>Little things...little shots of dopamine to get through the day that hopefully don't involve other people...<br>Just float, distantly, detatch. I hope I never lose this sense of peace and calmness. But I will as the drug wears off...How to keep. If I hurt them, I'm just distracting myself. If I chase sexual stuff, I am feeding an addiction that will not do anything for me. The pleasure is worthless. It's all worthless. Same with being on the internet or playing games. It's all poison. Just lift weights, exert yourself. You'll be alright.<br><br>studying = good job so i can love other people, even if they don't love me back. it's ok.<br>studying and working hard = love for yourself and the world, improve the world<br><br>exert yourself and work hard to love other people....they'll love you too....one way or another....they'll love you too....<br><br>...theres no reason to even put it into words why i should care about these people who don't care about me...<br>focus on self first...study, car, etc...rest comes later....will need emotional component to help study, endure, and remember....so play with it, play with cs....you already know to play.<br><br>alright back to 4 8 22<br><br>LOCOS should br LocOS<br><br>LSD thoughts aug/16/22<br><br>right now if i died i would be upset because i have accomplished nothing. i have done nothing because i have been handicapped by the lack of support, the lack of anyone caring about me....so i must figure out some way to deal with that....like right now....drugs....etc.<br>...i just somehow need this feeling every day. If I can get it with my body, why can't i get it with my mind. No days off.<br><br>the big test will be fall classes....can i stay awake for them....can i be up at the right time??<br><br>3d bioprinting using etching principles<br><br>I really want to hurt them, don't I. Might as well do something.<br><br>You might as well just half-ass everything. You try as hard as you can and you still don't do well. It's impossible without support. So just give up. Just mosey on through everything.<br><br>Do you hate them? Yeah. Are you jealous of them? Yeah. If you stop beung healous, will you stop hating them? I hate Glenn and I'm not jealous. Forgive but don't forget. Can you forgive when the crime hasn't been dealt with? It just seems like something you have to do. It probably won't even be a big deal. Treat it like a game. Hurt them and have fun with it. Same with mother. Hurting them might be the ultimate sign that I am successful. Idk. I ju |

Google Keep Notes

| | |
|---|---|
| Content | st want to hurt them.<br><br>Embedded systems are devices whose operating systems are typically built into the firmware and are highly tailored to the systems.<br><br>Deriving sexual pleasure from work or from studying?<br>Getting horny from getting through the day? How? What's the hottest thing to me? Cute teen age girls? Imagine cute teens everywhere, talking to me? Imagine girls I knew seducing me to study.<br><br>I'd be the best instructor ever if I could open an academy where I could spank the girls.<br>Best tutor ever if it came with hugs and kisses.<br><br>It seems like conflict and sexual things are basically the strongest emotions you can feel, and you should do your best to make academic or work things sexual.<br><br>According to Sara Brewer:<br>In order to study well and endure boring schoolwork, I must be comfortable feeling bored.<br><br>In order to make a lot of money, I must be comfortable with failing a lot.<br><br>I must be comfortable about being uncomfortable.<br><br>Autistic people recognize patterns more.<br><br>According to Brewer:<br>Don't believe everything you think.<br><br>Facts do not cause emotions, your interpretation does.<br><br>Success=number of urges you endure...<br><br>I'm still imagining social interactions. They are just pleasurable ones instead of ones involving conflict.<br><br>Is the social stuff never going to go away....imaginary friends....try to lift with intensity....<br><br>can't hate yourself into change....<br>podcast....shame doesn't work it just makes you hide and be afraid....<br>and so shame is useless in the modern world....<br><br>today i choose compassion love and empathy for myself...<br><br>tips to get up:<br>put work clothes on, forcing self to workout is best bet<br><br>study notebook...what did i study/do<br><br>all you intrusive thoughts: |

STEVENS-00048795

Google Keep Notes

| | | |
|---|---|---|
| | Content | it's all information for combat, but there's no actual combat...<br>prepping for combat with no combat=wated potential<br><br>fine, it doesn't matter...it's like mayh classes that you study and don't use. sometimes stuff just comes in and goes out...whatever<br><br>don't imagine interactions about combat...imagine interactions about helping others...<br><br>reddit is all combat anyway...and the things thay seem like connects aren't<br><br>how to get up early...<br>how to have energy<br>how to want to study<br><br>dopamine detox...no red, gambling, vidya, porn, hookers<br><br>the confrontation is more for yourself...<br><br>lonely, afraid, primed for combat since i was young...<br>...you will likely not face combat...and you can likely handle yourself in combat anyhow...<br>so how to lose the prime for combat feeling...<br>meditation...blank slate...bjj...slow bits on enjoyment in work...<br>...it was easy to just do it a lot...<br><br>revert back to a childlike state...<br><br>all the cuteness, just like the porn is an ideal that does not exist<br><br>you can maybe try little girls...but it would probably be the same...they don't all wear cute panties...<br><br>any relationship that is not one of necessity is probably worthless...AFAIK<br><br>it's all unrealistic...<br><br>just meditate, read, study, lift, ie low dopamine<br>...reading is like jerking off with no porn....you do it in your head....<br><br>porn pid n jj vids<br><br>dopa detox:<br>No reddit, gambling, vidya, porn or hookers<br><br>Goal is emotional detatchment, sticking to a schedule, i.e. being disciplined.<br><br>So far, so good. Would like to think in present/short-term more.<br><br>Lsd notes Feb 24:<br>Again, all I need is energy. |

STEVENS-00048796

Google Keep Notes

| | Content |
|---|---|
| | es ist total egal wenn die keine energie haben oder nicht zu deinen Angaben kommen. Du bringst die Energie. Du bringst die Diziplin.<br><br>I get nervous because I want to connect and be understood, but we'll never understand each other. I'm confident when I know there won't be an understanding.<br><br>having a rhythm....doing the same thing every day....jesus fucking shit...that's the key...but how....food, sleep...we tried with drugs...at least cum at the same time every day...idk...<br><br>all this entertainment...yt stuff has so little to do with your life<br><br>self confidence even when not in a relationship...even with nobody to protect...<br><br>one constant emotional state=cool confidence=consistency=success<br><br>cool confidence>esctacy...bc esctasy is inconsistant...also cool conf is asexual and aromatic....no distractions<br><br>The memories of what could have been are stronger than the memories of what actually happened. We need to reverse. we need the present hopefully to take priority.<br><br>Feel the present.<br><br>If zb Mai visited:<br><br>would want clean apartment...better bedroom...car...<br>to do:<br>restaurant<br>schwarzwald<br>club....jazzclub freiburg<br><br>I guess graduate, make as much money as possible, go back, get at them, correct the errors, change name, leave america forever, buy a giant house in Spain or somewhere., bromantine substantially reduces angry, obsessive, murderous thoughts<br><br>warzone solo=nervous...when warzone solo=not nervous then rest of life would probably be same...ie not nervous being alone<br><br>bromantane hasnt changed sleep/wake<br><br>it seems unlikely i will ever have a stable sleep cycle<br><br>sept 12 2021: tried bromantine while of verge of sending murderous messages<br><br>sept 14:<br>vocal harassment bulds confidence, so steal, move to ger, harass, use confidence for bitches, also harass others/family etc |

Google Keep Notes

| | |
|---|---|
| Content | st cyriak pinot noir good with seafood |
| | |
| | dolls: |
| | he just needs a spanking to get his hormones out...yelling, brattiness, spanking, cum, calm down, relax, diaper etc |
| | |
| | you lost in tennis to a guy who isn't good. my god, you suck. you are a loser. what you need to do is give up all hope of being good at anything. tennis, warzone, football, dolls, revenge, girls, money, etc. stay out of fantasy land. you are not good at anything. even studying and learning, you are a failure. |
| | |
| | don't masturbate, no sexual fantasies, do nothing please. |
| | |
| | replay events in your head, remaking them to be more alone. |
| | |
| | dolls with teaching me things...sexy classroom w spanking and teasing and sissy things |
| | |
| | sept 27 (2021), ejaculation occured wo orgasm then orgasm came later |
| | |
| | next day and still don't feel good after masturbation...man porn/sex/orgasiming has fucked me up for like 15+years... |
| | |
| | came again in morning. totally drained...unable to be productive at 1pm |
| | |
| | non violence is more important than even the pursuit of knowledge |
| | |
| | i pay my profound respects to anyone who has conquered his or her inner enemies or his or her lower nature. |
| | |
| | My inner enemies and lower nature: |
| | desire for sexual things, attachment, masturbation, rumination, lack of self discipline. |
| | |
| | Habits to change: |
| | PMO,COD,Reddit |
| | |
| | last mast day=sept 27 |
| | im about 24 hours since last mast and i feel tired |
| | |
| | Oct 9: |
| | karma reduction: being alone, no fantasies, nothing sexual, paying all debts, no lying and forging......fraud tho? |
| | |
| | ideal daily (may take months to get here): |
| | wake at 6am |
| | sh, supps and vits, full breakfast...eat whatever |
| | work 8 to 4pm |
| | do most cognitively demanding and unenjoyable tasks first |
| | lunch at noon |
| | 4pm clean up and end |
| | buy, leisure, lift, cook and eat around 5 |

STEVENS-00048798

Google Keep Notes

| | Content | |
|---|---|---|
| | | sleep at 10

it will take longer to detatch than it did to attach........

i don't know anybody. i don't feel anything. i don't have anything. i am nothing. there is nothing. there is nothing. there is no anxiety. there is no depression. there is no sleep. there is nothing. no university, no age, no support, no god, no hope, no culture, nothing, no porn, no sex, no spanking, no diapers, nothing, no girls, no neighbors, no soul, no spirit, nothing, nothing, nothing.

the anger, the sex, it's all giving yourself to something so you feel less alone...but it's fine to be alone...be alone

i tell them im not white and they say, who you foolin...
i tell them i am green because...
family says...you are crazy

...there must be a way to forget people...
...drugs...

be yourself in social things even if rude, become addicted to things that make you feel smart/productive/disciplined instead of angry/horny/social

dream idea of gaming. have buildings with nodes and lines like people to simulate destruction...like backbreaker or sth...physics engine

when I'm alone, I'm more anxious...alcohol helps...

fun like any addiction can't be for itself...so no lifting just to lift but to get in shape for a sport, no sport just for sport, but to prove sth to self or be attractive etc, no wanting to fuck young girls just to fuck them, but to connect and support and help, no vidya just because bored or to get good at them, but to improve some kind of thinking or skill

what i should be fantasizing about...passing tests..understanding hw....doing the next thing...simulating chapters and math problems

lsd to be productive, any other use is a waste...
help people so they can also help people...

I need much more food. I am eating much less than 2k calories per day. More like 1k. I need to consume more.

Thoughts on violence:
Violence/rumination burns myself out, but I can't see a way to not rumination, except for actually being violent.

I think the only actual solution would be to actually commit violence. At some point in the future, I must actually hurt these people, as many as possible, to build my own self esteem. It doesn't matter who. I have the money for bail, etc. I just need to hurt some peopl |

STEVENS-00048799

| | |
|---|---|
| Content | e.<br>...<br>It is a coping mechanism for past pain and subjugation. It is being dominant in my own mind, to build confidence, I suppose. I just need to actualize it. I will, I absolutely will hurt these people after I get the ESE degree.<br><br>Aug 1 2022....i have wasted so much time. dear god. barely any progress. but i may be close with the sleep drug. we will see.<br><br>ideas for future learning: write a derivative program that takes a function, graphs it. asks what derivative or integral you want and graphs it too<br><br>...buy a writing pad for notes<br><br>regrow=either thyroid hormone like gigantism or some way to de ossify bone back to growth plate...maybe becoming smaller, then getting big again<br><br>in recession...how did we pull out of last one?<br><br>buy multimeter. breadboard, capacitors. etc<br><br>retake sat math section to get more than 760 like terry tao at age 8<br><br>software dev advice: start with a problem, then learn to solve it, but if you don't have a problem, don't learn all kinds of shit you don't need<br><br>maybe if i stop jerking off i can be like terry tao<br><br>vespa do i need liscense<br><br>fuck it, you were always better at law. study law...<br><br>can you be the first one to bioprint foreskins???<br><br>why can't i make these memory connections but with math...see math and coding in every day life...<br><br>will need some kind of reduction in complexity for things like programming...does this make sense...you need things to be simpler and cleaner all around, maybe new pc (for what?)<br><br>reprogram self, restart life as if you were a baby, but with robots and such taking care of your needs instead of people<br>...robot parents, robot neighborhood etc...<br>treat self like a baby but when you get to middle school/hs age, still be shy, still keep a distance from others,<br><br>for football...a software program that calculates certain statisitcs based on inputted information like height, weight, positions, formations, and gives back information like this qb is bad at throwing to short receivers etc... |