# Exhibit G

# Aufnahme - Antrag

Freiburger Tennisclub e.V. Schwimmbadstraße 79, 79100 Freiburg

Unter ausdrücklicher Anerkennung der Vereinssatzung sowie der jeweils gültigen Platzordnung beantrage ich die Aufnahme in den Freiburger Tennisclub e.V. Die Einwilligung zur Datenverarbeitung im FTC erteile ich hiermit. Die Informationen zum Datenschutz (FTC-Datenschutzordnung) habe ich zur Kenntnis genommen.

bitte ankreuzen:

- [ ] Vollmitglied
- [x] In Berufsausbildung / Studierende
- [ ] Jugendliche bis 20 Jahre 1)
- [ ] Passive Mitgliedschaft
- [ ] Sondermitgliedschaft / Aktion
- [ ] Vollmitglied Ehepaare
- [ ] Familie 2 Elternteile und alle Kinder
- [ ] Kinder bis 14 Jahren 1)
- [ ] Kinder von Vollmitgliedern bis 20 Jahren
- [x] Karte für Freiplatz-Buchung für 5 € ( = obligatorisch)

Informationen über die Beitragssätze und Spielberechtigungen erhalten Sie im Club-Büro oder auf unserer homepage (www.freiburgertc.de)
1) mindestens ein Elternteil muss Mitglied im Club sein, das kann auch eine passive Mitgliedschaft sein.

**Angaben zur Person:**     1. Person                2. Person

- Name: Stevens
- Vorname: Kyle Anthony
- Geb.Datum:
- Straße:
- PLZ / Ort:
- Nationalität: *)
- Telefon:                                  Mobil:
- e-mail:                                   Fax:

( bitte vollständig ausfüllen !    *) freiwillig

Die Mitgliedschaft wird mit der Beitrittsbestätigung und dem Eingang des Mitgliedsbeitrages wirksam.
**Die Mitgliedschaft kann nur schriftlich bis zum 30.11. zum Ende des laufenden Jahres gekündigt werden.**
Ich bin damit einverstanden, dass ich als Neumitglied im Newsletter des Tennisclubs bekannt gemacht werde: [x] ja ___ nein

02.03.2021
Datum      Ort                                Unterschrift Antragsteller/in / Erziehungsberechtigte/r

## Einzugsermächtigung     ( Pflichtangabe !)

**SEPA-Lastschrift-Mandat**     Mandatsreferenz:
                                Nachname Vorname Mitgliedsnummer

Ich ermächtige den Freiburger Tennisclub e.V. wiederkehrende Zahlungen (Beiträge/Gebühren) von meinem Konto mittels Lastschrift einzuziehen. Zugleich weise ich mein Kreditinstitut an, die vom Freiburger Tennisclub e.V. auf mein Konto gezogenen Lastschriften einzulösen.
Hinweis: Ich kann innerhalb von acht Wochen, beginnend mit dem Belastungsdatum, die Erstattung des Betrages verlangen. Es gelten dabei die mit meinem Kreditinstitut vereinbarten Bedingungen.
**Gläubiger-ID-Nummer des Freiburger Tennisclub e.V.: DE63ZZZ00000387999**

Datum      Ort                                Unterschrift Kontoinhaber/in

00003480

STEVENS-00009128