# Exhibit I



**Kyle Stevens**

> You just wanted to play me. You wanted to hurt me. All you had to do was be honest for a minute, and you couldn't. I'm so much better than you. I might not have a family or support or friends like you do, but I'm so much better, smarter, more capable

If you reply, Kyle Stevens will also be able to call you and see info like your Active Status and when you've read messages.

**I don't want to hear from Kyle Stevens**

STEVENS-00048841



STEVENS-00048842