# Exhibit J

# Updates to your unemployment benefits

| | |
|---|---|
| **From:** | NJDOL <ui-noreply@dol.nj.gov> |
| **To:** | Kyleastevens |
| **Date:** | Sat, 30 Jan 2021 23:21:36 -0500 |

You are currently receiving unemployment benefits available through the Pandemic Unemployment Assistance (PUA) program.

We are writing to inform you that the weeks of unemployment benefits available to you have increased from 46 weeks total to 57 weeks total. The number of weeks of PUA benefits available in New Jersey increased in accordance with federal regulations related to the Continued Assistance for Unemployed Worker's Act of 2020 (Continued Assistance Act).

You will see an increase in the "Claim Balance" amount in your unemployment claim status overview. There is nothing you need to do; this increase will happen automatically.

**The PUA benefits available through the Continued Assistance Act expire March 13, 2021.** Four additional weeks of benefits (through the week ending April 10th) will be available to some claimants. These additional four weeks are available only to those who receive unemployment benefits for the week ending March 13th.

Please note: Under current federal law, if you are not paid unemployment benefits for the week ending March 13th, no further PUA benefits will be available.

For more information on unemployment benefits, and for updates to the status of PUA and all other unemployment programs, visit nj.gov/labor and myunemployment.nj.gov

To explore our benefits and job protections navigator, visit getstarted.nj.gov

For an online resource to help find meaningful work, visit the New Jersey Career Network: https://njcareers.org/

Division of Unemployment Insurance

New Jersey Department of Labor & Workforce Development