# Exhibit K

## NJDOL Division of Unemployment Insurance benefit payment for week ending 09/04/21

From:    donotreplyuiemail@dol.nj.gov
To:    kyleastevens

This e-mail confirms that your claim for weekly Unemployment Insurance benefits, Confirmation# ▮▮▮▮▮▮ has been received.

You will receive another email when your payment has been sent to the bank, for deposit into your direct deposit account.

Please allow up to 3 business days for funds to appear in your account. If a holiday falls within this period, please allow an additional day for processing.

For detailed information about unemployment insurance, please visit our website at:
https://myunemployment.nj.gov

\*\*\*\*\*\*\*\*\*\* Please do not reply to this message. \*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* Replies are automatically deleted. \*\*\*\*\*\*\*\*\*\*\*