# EXHIBIT B

Honorable Judge Richard G. Andrews

J. Caleb Boggs Federal Building

844 N. King Street Unit 9 room 6325

Wilmington, DE 19801-3555


Dear Judge Andrews,

Hello my name is Josette Stevens and I am the mother of Kyle Stevens. I am writing you this letter to tell you a little bit about Kyle and how we got here.

Kyle was a very smart, loving and happy child and we have a close relationship. He really loved school and he excelled. The teachers loved him and encouraged me to have him tested academically so that he could skip fifth grade. Which he did. Kyle loved all sports especially football and tennis where he was a member of both teams in high school. He even played competition tennis where he won two first place trophies. Once he reached junior year in high school things began to change. He was starting to be bullied for being smart "a nerd". It was very hard on him mentally but he still excelled. Then in his senior year there was an awards program for scholarships and Kyle received just about every one of them. One teacher even referred to the program as the Kyle Stevens show. He was at the top of the class. Almost immediately after the program Kyle was bullied so much that he became severely depressed. He slept all the time. He didn't want to eat. He didn't want to go to school. He didn't want to shower. He went from the top of the class to almost not graduating. My beautiful son didn't go to the prom or participate in graduation ceremony. I didn't understand the real pain he was experiencing because I had no knowledge of depression. He received counseling during this time and it helped some. He managed to push through and was excited to attend University Of Arizona on a full academic scholarship. We both thought the change would be good for him. But without therapy and medication the depression came back. He could not focus thus losing his scholarship and having to come back home. Once home he was determined to get his degree and he enrolled in Atlantic Cape Community College, got therapy and completed two years. He then went on to University Of Delaware to complete his engineering degree and although he was on the dean's list, the past still affected him. He tried everything to escape the pain of the past even moving

to Germany. He choose Germany because he studied the language in high school and college and had a close German friend.

Judge Andrews, Kyle is my everything. He is the reason my heart beats. He has just been subjected to so much with the constant bullying. He lost his grandfather and his great-grandfather all in the same year. He was really close to his grandfather Hawk. They did so much together.

Your Honor, so many people have dropped the ball in Kyle's life and let him down, including myself but you have my guarantee that I will make sure he gets the help that he needs. I am devoted and will do whatever it takes for Kyle.

Kyle has expressed that he is truly sorry for what he has done and wants therapy. He stated that he would never hurt anyone and was attempting to get therapy while living in Germany.

Your Honor I am begging you for leniency. I volunteer at the community food bank and the AC Homeless shelter. They would love for Kyle to serve the community. I am so sorry for the pain Kyle has caused. Please allow him to get the outside help he needs and with his family's support, become an asset to society. I will be there, God willing, when he is released. If he has probation, I will make sure he gets to his appointments and I will open my home to whatever the court deems necessary.


Thank You So Much For Your Time

Respectfully

Josette Stevens

Mays Landing, NJ 08330

September 23, 2024

Dear Honorable Richard G Andrews,

I hope I am allowed to write this letter and I also hope that your Honor would take a few minutes of your very valuable time to review this brief.

My name is Mansour Farbod, year of birth 1954 and I am the biological father of Kyle Stevens.

Kyle was kept away from me since his very young age due to domestic disagreements and his last name was changed. Kyle, however, came back to New Jersey from Arizona and reached out to me in a very emotional reunion, soon after he turned majority.

Kyle & I established a very good kin relationship and he became a member of my new family. Kyle signed up in a local collage and achieved great academia. Kyle, however, in pursue of his dream to become a neuroscientist, decided to go to the University of Delaware so he could study his major and stay close to home at the same time. He made the Dean's list from the start. Please see attached Dean's list certificate

Your Honor, Kyle had been a very naive, simple minded and extremely impressionable young man, but he has never been a violent person at all. He is, however, much more mature now and has learned his very valuable lesson in real life. He is also very remorseful and apologetic for the discomfort that he had caused to the young ladies in UD and everyone else who has been bothered by his misbehaviors. He also has all intentions and more than willing to pay back the remainder of the loans.

Your Honor, Kyle's Mother, I, myself, all of his other close relatives and close friend will make sure that Kyle would receive all the professional help and support that he might need when he is released. We also make sure that Kyle would obey and comply fully with your Honor's orders and release conditions. We would also make sure that he would never set foot in the great state of Delaware other than for his legal appearances if so is needed.

We pray for Kyle's early release with the grace of God and the mercy of the Honorable Court.

Thank you so much for taking time to read my letter

Sincerely yours,

Mansour Farbod



**UNIVERSITY OF DELAWARE.**

*College of Arts and Sciences*

IN RECOGNITION OF SCHOLASTIC EXCELLENCE

*Kyle A. Stevens*

HAS BEEN NAMED TO THE DEAN'S LIST
FALL 2018

JOHN A. PELESKO
INTERIM DEAN

RHONDA A. WOOD, ESQUIRE
*LAW OFFICES OF RHONDA A. WOOD*
16701 Melford Blvd, Suite 400
Bowie, Maryland 20715
(240) 305-2750

rawoodesq@gmail.com

September 25, 2024

RE:  *USA v. Kyle A. Stevens*

Dear Judge:

Please accept this letter in support of Kyle A. Stevens.  Although I am not related by blood, Kyle knows me as Aunt Rhonda.  I attended Rutgers University with his mother.  I have known Kyle since birth and I am honestly surprised to hear he is facing criminal charges.

Kyle has always been a quiet and shy child; nonetheless, he excelled academically.  He was an honors student in High School and graduated amongst the top of his class.  Like most teenage boys, he was active in extra-curricular activities and played tennis and football.  He was raised by a single mother who provided for all of his needs.  Kyle was not a "street kid".  He was well-mannered, respectful and stayed at home playing video games.  He did not cause any trouble at home or in school and graduated accordingly.

Mr. Stevens attended the University of Arizona.  He speaks fluent in German.  We are all so proud of his accomplishments.  He was residing in Germany when this incident occurred and was pursuing further education in Engineering.

Like his mother, I honestly do not understand, nor can we comprehend, how Kyle has gotten to this point.  All we know is that he was a good kid, and has grown into a man who still has a bright future.  He is gainfully employed and a productive member of society; unfortunately this mistake has legal consequences.

While I understand that the Court is bound by Sentencing Guidelines, however, I am asking for leniency for my nephew.  Kyle has family and friends who will make sure that he will undergo mental evaluation and

any other services that are recommended.  A lengthy incarceration period is not the answer, Kyle needs help, guidance, therapy and counseling to ensure that he continues on the straight and narrow path.  He is still young and he can still benefit in services available to this young man.

In summary, I truly appreciate the Court's time and consideration of this letter on behalf of Kyle Stevens.

Very truly yours,

_/s/ Rhonda A. Wood, Esq

C. Schweigler Sickingenstr. ███████████ Germany

To Mrs. Stephens
███████████
Mayslanding
New Jersey
0A232
United Sates of America


Freiburg, 14. June 2024
Reference Letter for Kyle Anthony Stephens, born 1994-May-17
RefL-KAS


Dear Judge Andrews,
to whom it may concern

Kyle's Mom asked me (Clemens Schweigler) -as K. Stephens last landlord-
to write a reference letter to inform the court.

Kyle Stephens lived in our flat from 2021-May-01 until 2023-March-15.
This appartement is at souterrain of our two family house, where my wife and I live.

Before renting, he was looking for a silent flat in a suburb of Freiburg; that matched.
He was always friendly and a accommodating young man, very silent and the living together
was affected by reciprocal appreciation.
He seemed to be a bit shy - we assumed: because of him speaking german language
not fluently.
So we invited him to celebrate Christmas 2021 and 2022;
that were nice afternoons with our sons, talking in english about his researches.

The flat was all the time tidy and clean. (regularly i had to change the vent-filters)
Also the rent deposit was transferred beforehand, the rental fee came on time regularly.

So we were very astonished about his detention at 2023-March-15.
He was cooperative also in that situation and later asap he wrote a letter of apologise
concerning about our work with his household.

Without complications in terms of content we agreed on the apartment resolution
and the financial part, which got balanced. All remaining amounts were donated
on a trust basis to non-profit, social, charitable or educational purposes.

We wish everyone about the best in a human-friendly manner.

kind regards

C. Schweigler